# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TQ DELTA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.   13-cv-1835-RGA |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| PACE AMERICAS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff discloses that it does not have a

parent corporation and that no publicly held corporation owns 10% or more of its stock.


Date: November 20, 2013                    Respectfully submitted,

                                           FARNAN LLP

                                            /s/ Brian E. Farnan
                                           Brian E. Farnan (Bar No. 4089)
                                           919 N. Market Street, 12th Floor
                                           Wilmington, Delaware 19801
                                           (302) 777-0300
                                           (302) 777-0301
                                           bfarnan@farnanlaw.com


                                           *Attorney for Plaintiff TQ Delta, LLC*