# FARNAN LLP

February 10, 2014

**Via Hand Delivery**
John A. Cerino
Clerk of Court
United States District Court
for the District of Delaware
844 N. King Street, Unit 18
Wilmington, Delaware 19801-3570

      RE:    *TQ Delta, LLC v. Pace Americas LLC*, et al.
             Civil Action No. 13-1835-RGA

Dear Mr. Cerino:

    We represent Plaintiff in the above case and respectfully request your assistance with serving a foreign defendant, Pace plc, with process in accordance with Federal Rule of Civil Procedure 4(f)(2)(C)(ii), which applies to foreign corporations pursuant to Rule 4(h)(2).

    We respectfully request that you serve Pace plc with a copy of the enclosed Second Amended Complaint and Summons by mail in a manner that requires a signed receipt. The mailing should be addressed as follows:

> Michael Pulli
> Chief Executive Officer
> Pace plc
> Victoria Road
> Saltaire
> West Yorkshire
> BD18 3LF, England

    Please let us know the amount of the postage and any related fees, and we will promptly pre-pay any such fees by check. We appreciate your assistance and are available at your convenience should you have any questions.

Respectfully,

Michael J. Farnan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TQ DELTA LLC, | : | |
|     Plaintiff, | : | |
| v. | : | C.A. No. 13-1835-RGA |
| PACE AMERICAS, LLC, PACE PLC, and 2WIRE, INC. Defendants. | : | **JURY TRIAL DEMANDED** |
|     Defendants. | : | |

**AFFIDAVIT OF MICHAEL J. FARNAN IN SUPPORT OF**
**REQUEST FOR CLERK TO SERVE PACE PLC CORPORATION**

Michael J. Farnan, being duly sworn according to law, deposes and says as follows:

1. Farnan LLP and McAndrews, Held & Malloy Ltd. represent Plaintiff, TQ Delta LLC, in the above case and have requested that the Clerk of Court serve Defendant, Pace plc, with process pursuant to Federal Rules of Civil Procedure 4(f)(2)(C)(ii) and 4(h)(2).

2. After a review of the relevant case law and the Department of State's website, www.travel.state.gov, I have concluded that a British entity may be served with process by mail.

3. The forgoing statements are true to the best of my knowledge, information, and belief and are made subject to the penalty of perjury.

_____
Michael J. Farnan

County of New Castle )
State of Delaware )

SWORN AND SUBSCRIBED before me this 10th day of February, 2014.

_____
Notary Public

[Notary Seal: LILLY ELISE ___ / MY COMMISSION EXPIRES MAY 17, 2015 / NOTARY PUBLIC STATE OF ___]