UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC, | ) |
|       Plaintiff, | ) C.A. No. 13-cv-1835-RGA |
| v. | ) |
| 2WIRE, INC., | ) |
|       Defendant. | ) |

**DEFENDANT 2WIRE, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant 2Wire, Inc. submits this Corporate Disclosure Statement due to the recent acquisition of its parent entities. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant 2Wire, Inc., certifies that:

1) Defendant 2Wire, Inc.'s parent company is Pace Americas Investments LLC, whose own parent is Pace Americas Holdings, Inc., whose own parent is Pace Ltd., whose own parent is ARRIS International plc. ARRIS International plc is publicly traded on the NASDAQ Stock Market.

2) Defendant 2Wire, Inc. has no other parent corporations, and no other publicly held corporation owns 10% or more of Defendant 2Wire, Inc.'s stock.

Dated: February 17, 2016

Respectfully submitted,

Defendant and Counterclaimant 2Wire, Inc.

By their attorneys,

/s/ *Colm F. Connolly*
Colm F. Connolly (DSBA 3151)
Jody Barillare (DSBA 5107)
**MORGAN LEWIS & BOCKIUS LLP**
The Nemours Building
1007 North Orange Street, Suite 501
Wilmington, Delaware 19801
Telephone: 302.574.3000
Facsimile: 302.574.3001
*cconnolly@morganlewis.com*
*jbarillare@morganlewis.com*

Brett Schuman (*pro hac vice*)
Rachel M. Walsh (*pro hac vice*)
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Telephone: 415.733.6000
Facsimile: 415.677.9041
*bschuman@goodwinprocter.com*
*rwalsh@goodwinprocter.com*

## CERTIFICATE OF SERVICE

I, Colm F. Connolly, hereby certify that on February 17, 2016, a copy of Defendant 2Wire, Inc.'s Corporate Disclosure Statement was served on the following as indicated:

<u>Via ECF</u>
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for TQ Delta, LLC*

<u>Via ECF</u>
Peter J. McAndrews (admitted pro hac vice)
Timothy J. Malloy (admitted pro hac vice)
Thomas J. Wimbiscus (admitted pro hac vice)
Sharon A. Hwang (admitted pro hac vice)
Paul W. McAndrews (admitted pro hac vice)
Anna M. Targowska (admitted pro hac vice)
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661
(312) 775-8000
(312) 775-8100 (Fax)
pmcandrews@mcandrews-ip.com
twimbiscus@mcandrews-ip.com
pwmcandrews@mcandrews-ip.com
atargowska@mcandrews-ip.com

/s/ *Colm F. Connolly*