## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br>            Plaintiff,<br><br>v.<br><br>2WIRE INC.,<br>            Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 13-cv-01835-RGA<br>)<br>)<br>)<br>) |
| TQ DELTA, LLC,<br>            Plaintiff,<br><br>v.<br><br>ZHONE TECHNOLOGIES INC.,<br>            Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 13-cv-01836-RGA<br>)<br>)<br>)<br>) |
| TQ DELTA, LLC,<br>            Plaintiff,<br><br>v.<br><br>ZYXEL COMMUNICATIONS INC. and<br>ZYXEL COMMUNICATIONS<br>CORPORATION,<br>            Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 13-cv-02013-RGA<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

AND NOW, this **5** day of April, 2016, upon consideration of Non-Party Broadcom's

Motion to Seal,

IT IS HEREBY ORDERED as follows:

1.      The Motion to Seal is ~~GRANTED~~ **DENIED**;        RGA

~~2.      The Courtroom will be sealed during the April 6, 2016 hearing ("Hearing"); and~~

~~3.      Broadcom shall prepare a redacted version of the transcript of the Hearing within~~
~~ten business days of the transcript becoming available.~~

RLF1 14284376v.2

The Honorable Richard G. Andrews
UNITED STATES DISTRICT JUDGE

2