# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC, | ) |
| Plaintiff, | ) C.A. No. 13-cv-1835-RGA |
| v. | ) |
| 2WIRE, INC., | ) |
| Defendant. | ) |

## DEFENDANT 2WIRE, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant 2Wire, Inc. moves pursuant to Federal Rule of Civil Procedure 12(c) for judgment on the pleadings that the asserted claims of U.S. Patent Nos. 7,570,686, 7,835,430, 7,889,784, 8,238,412, and 8,432,956 are invalid under 35 U.S.C. § 101 because the claims of the patents are directed to patent-ineligible subject matter—*i.e.*, an abstract idea.  The grounds for this motion are set forth in the Opening Brief, declaration in support and exhibits thereto, filed concurrently with this motion.

Dated:  December 22, 2016

Brett Schuman (*pro hac vice*)
Rachel M. Walsh (*pro hac vice*)
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Telephone:  415.733.6000
Facsimile:  415.677.9041
*bschuman@goodwinprocter.com*
*rwalsh@goodwinprocter.com*

*/s/ Colm F. Connolly*
Colm F. Connolly (#3151)
Jody C. Barillare (#5107)
**MORGAN LEWIS & BOCKIUS LLP**
The Nemours Building
1007 North Orange Street, Suite 501
Wilmington, Delaware 19801
Telephone:  302.574.3000
Facsimile:  302.574.3001
*colm.connolly@morganlewis.com*
*jody.barillare@morganlewis.com*