IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TQ DELTA LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 13-1835-RGA |
| | : | |
| PACE PLC, et al., | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| TQ DELTA LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 13-1836-RGA |
| | : | |
| ZHONE TECHNOLOGIES INC., | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| TQ DELTA LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 13-2013-RGA |
| | : | |
| ZYXEL COMMUNICATIONS INC., et al., | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| TQ DELTA LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 14-954-RGA |
| ADTRAN, INC., | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| ADTRAN, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 15-121-RGA |
| TQ DELTA, LLC, | : | |
| Defendant. | : | |

# ORDER

At Wilmington this 2 day of March, 2017, pursuant to Fed. R. Civ. P. 53(a)(1)(C);

IT IS ORDERED that the above-captioned cases are hereby referred to the Clerk of Court for assignment of a Special Master for the purposes of managing discovery. Upon selection of a Special Master, the court shall enter a further order appointing same.

_____
United States District Judge