# EXHIBIT B

US007570686B2

(12) **United States Patent**
Krinsky et al.

(10) Patent No.: **US 7,570,686 B2**
(45) Date of Patent: **Aug. 4, 2009**

(54) **SYSTEMS AND METHODS FOR ESTABLISHING A DIAGNOSTIC TRANSMISSION MODE AND COMMUNICATING OVER THE SAME**

(75) Inventors: **David M Krinsky**, Acton, MA (US); **Robert Edmund Pizzano, Jr.**, Stoneham, MA (US)

(73) Assignee: **Aware, Inc.**, Bedford, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 631 days.

(21) Appl. No.: **10/619,691**

(22) Filed: **Jul. 16, 2003**

(65) **Prior Publication Data**

US 2004/0202237 A1    Oct. 14, 2004

**Related U.S. Application Data**

(62) Division of application No. 09/755,173, filed on Jan. 8, 2001, now Pat. No. 6,658,052.

(60) Provisional application No. 60/224,308, filed on Aug. 10, 2000, provisional application No. 60/174,865, filed on Jan. 7, 2000.

(51) **Int. Cl.**
*H04B 1/38* (2006.01)
*H04L 12/26* (2006.01)

(52) **U.S. Cl.** ...................................... **375/222**; 370/252

(58) **Field of Classification Search** ................ 375/222, 375/224–225, 227, 220, 284; 370/252, 282, 370/241; 379/22.02, 22.04, 27.01, 27.03
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,385,384 A * 5/1983 Rosbury et al. ............. 714/717
4,566,100 A    1/1986 Mizuno et al.

(Continued)

FOREIGN PATENT DOCUMENTS

EP    0 889 615    1/1999

(Continued)

OTHER PUBLICATIONS

Cioffi, John M., ADSL Maintenance with DMT, T1E1.4 ADSL Project, Amati Communications Corporation, Dec. 1, 1992, pp. 1-14.

(Continued)

*Primary Examiner*—Khanh C Tran
(74) *Attorney, Agent, or Firm*—Sheridan Ross P.C.; Jason H. Vick

(57) **ABSTRACT**

Upon detection of a trigger, such as the exceeding of an error threshold or the direction of a user, a diagnostic link system enters a diagnostic information transmission mode. This diagnostic information transmission mode allows for two modems to exchange diagnostic and/or test information that may not otherwise be exchangeable during normal communication. The diagnostic information transmission mode is initiated by transmitting an initiate diagnostic link mode message to a receiving modem accompanied by a cyclic redundancy check (CRC). The receiving modem determines, based on the CRC, if a robust communications channel is present. If a robust communications channel is present, the two modems can initiate exchange of the diagnostic and/or test information. Otherwise, the transmission power of the transmitting modem is increased and the initiate diagnostic link mode message re-transmitted to the receiving modem until the CRC is determined to be correct.

**41 Claims, 2 Drawing Sheets**



**US 7,570,686 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,128,619 | A | | 7/1992 | Bjork et al. |
| 5,361,293 | A | * | 11/1994 | Czerwiec ................. 379/27.02 |
| 5,608,643 | A | | 3/1997 | Wichter et al. |
| 5,864,602 | A | | 1/1999 | Needle |
| 5,964,891 | A | | 10/1999 | Caswell et al. |
| 6,073,179 | A | * | 6/2000 | Liu et al. .................... 709/229 |
| 6,075,821 | A | | 6/2000 | Kao et al. |
| 6,175,934 | B1 | * | 1/2001 | Hershey et al. ............... 714/25 |
| 6,219,378 | B1 | | 4/2001 | Wu |
| 6,404,774 | B1 | | 6/2002 | Jenness |
| 6,411,678 | B1 | | 6/2002 | Tomlinson, Jr. et al. |
| 6,449,307 | B1 | | 9/2002 | Ishikawa et al. |
| 6,512,789 | B1 | | 1/2003 | Mirfakhraei |
| 6,631,120 | B1 | * | 10/2003 | Milbrandt ................... 370/252 |
| 6,633,545 | B1 | * | 10/2003 | Milbrandt ................... 370/252 |
| 6,636,603 | B1 | * | 10/2003 | Milbrandt ............. 379/399.01 |
| 6,725,176 | B1 | * | 4/2004 | Long et al. ................. 702/183 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2 303 032 | 2/1997 |
| WO | WO 97/01900 | 1/1997 |
| WO | WO 99/26375 | 5/1999 |
| WO | WO 99/63427 | 12/1999 |
| WO | WO 00/64130 | 10/2000 |

## OTHER PUBLICATIONS

Boets P. et al.: "*The Modeling Aspect of Transmission Line Networks*" Proceedings Of The Instrumentation And Measurement Technology Conference, US, New York, IEEE, May 12, 1992, pp. 137-141, XP000343913 ISBN: 0-7803-0640-6.

Lewis L. et al. "Extending Trouble Ticket System To Fault Diagnostics" IEEE Network, IEEE Inc. New York, US, Nov. 1, 1993, pp. 44-51, XP 000575228.

PCT International Search Report dated Oct. 9, 2002 for PCT/US01/41653, 3 pages.

International Search Report for PCT/US01/00418 dated Jul. 16, 2001; 4 pages.

Written Opinion for International (PCT) Patent Application No. PCT/US01/00418, completed Mar. 9, 2002, 2 pages.

International Preliminary Examination Report for International (PCT) Patent Application No. PCT/US01/00418, completed Mar. 9, 2002, 2 pages.

European Search Report for European Patent Application No. EP 06022008 completed Jan. 8, 2007, 8 pages.

Examiner's First Report for Australian Patent Application No. 2004203321, mailed Nov. 16, 2006, 2 pages.

Examiner's First Report for Australian Patent Application No. 2008203520, mailed Mar. 9, 2009 (5550-2-PAU4-DIV).

* cited by examiner



Fig. 1



Fig. 2

US 7,570,686 B2

**1**

## SYSTEMS AND METHODS FOR ESTABLISHING A DIAGNOSTIC TRANSMISSION MODE AND COMMUNICATING OVER THE SAME

### RELATED APPLICATION DATA

This application is a Divisional Application of U.S. application Ser. No. 09/755,173 entitled "Systems and Methods For Establishing A Diagnostic Transmission Mode And Communicating Over Same" filed Jan. 8, 2001, which claims benefit of Provisional Application Nos. 60/224,308 filed Aug. 10, 2000 and 60/174,865 filed Jan. 7, 2000 and incorporated herein by reference in their entirety.

### FIELD OF THE INVENTION

This invention relates to test and diagnostic information. In particular, this invention relates to a robust system and method for communicating diagnostic information.

### BACKGROUND OF THE INVENTION

The exchange of diagnostic and test information between transceivers in a telecommunications environment is an important part of a telecommunications, such as an ADSL, deployment. In cases where the transceiver connection is not performing as expected, for example, where the data rate is low, where there are many bit errors, or the like, it is necessary to collect diagnostic and test information from the remote transceiver. This is performed by dispatching a technician to the remote site, e.g., a truck roll, which is time consuming and expensive.

In DSL technology, communications over a local subscriber loop between a central office and a subscriber premises is accomplished by modulating the data to be transmitted onto a multiplicity of discrete frequency carriers which are summed together and then transmitted over the subscriber loop. Individually, the carriers form discrete, non-overlapping communication subchannels of limited bandwidth. Collectively, the carriers form what is effectively a broadband communications channel. At the receiver end, the carriers are demodulated and the data recovered.

DSL systems experience disturbances from other data services on adjacent phone lines, such as, for example, ADSL, HDSL, ISDN, T1, or the like. These disturbances may commence after the subject ADSL service is already initiated and, since DSL for internet access is envisioned as an always-up service, the effect of these disturbances must be ameliorated by the subject ADSL transceiver.

### SUMMARY OF THE INVENTION

The systems and methods of this invention are directed toward reliably exchanging diagnostic and test information between transceivers over a digital subscriber line in the presence of voice communications and/or other disturbances. For simplicity of reference, the systems and methods of the invention will hereafter refer to the transceivers generically as modems. One such modem is typically located at a customer premises such as a home or business and is "downstream" from a central office with which it communicates. The other modem is typically located at the central office and is "upstream" from the customer premises. Consistent with industry practice, the modems are often referred to as "ATU-R" ("ADSL transceiver unit, remote" i.e., located at the customer premises) and "ATU-C" ("ADSL transceiver unit, central office" i.e., located at the central office). Each modem includes a transmitter section for transmitting data and a receiver section for receiving data, and is of the discrete multitone type, i.e., the modem transmits data over a multiplicity of subchannels of limited bandwidth. Typically, the upstream or ATU-C modem transmits data to the downstream or ATU-R modem over a first set of subchannels, which are usually the higher-frequency subchannels, and receives data from the downstream or ATU-R modem over a second, usually smaller, set of subchannels, commonly the lower-frequency subchannels. By establishing a diagnostic link mode between the two modems, the systems and methods of this invention are able to exchange diagnostic and test information in a simple and robust manner.

In the diagnostic link mode, the diagnostic and test information is communicated using a signaling mechanism that has a very high immunity to noise and/or other disturbances and can therefore operate effectively even in the case where the modems could not actually establish an acceptable connection in their normal operational mode.

For example, if the ATU-C and/or ATU-R modem fail to complete an initialization sequence, and are thus unable to enter a normal steady state communications mode, where the diagnostic and test information would normally be exchanged, the modems according to the systems and methods of this invention enter a robust diagnostic link mode. Alternatively, the diagnostic link mode can be entered automatically or manually, for example, at the direction of a user. In the robust diagnostic link mode, the modems exchange the diagnostic and test information that is, for example, used by a technician to determine the cause of a failure without the technician having to physically visit, i.e., a truckroll to, the remote site to collect data.

The diagnostic and test information can include, for example, but is not limited to, signal to noise ratio information, equalizer information, programmable gain setting information, bit allocation information, transmitted and received power information, margin information, status and rate information, telephone line condition information, such as the length of the line, the number and location of bridged taps, a wire gauge, or the like, or any other known or later developed diagnostic or test information that may be appropriate for the particular communications environment. For example, the exchanged diagnostic and test information can be directed toward specific limitations of the modems, to information relating to the modem installation and deployment environment, or to other diagnostic and test information that can, for example, be determined as needed which may aid in evaluating the cause of a specific failure or problem. Alternatively, the diagnostic and test information can include the loop length and bridged tap length estimations as discussed in U.S. patent application Ser. No. 09/755,172 now became U.S. Pat. No. 6,865,221, filed herewith and incorporated herein by reference in its entirety.

For example, an exemplary embodiment of the invention illustrates the use of the diagnostic link mode in the communication of diagnostic information from the remote terminal (RT) transceiver, e.g., ATU-R, to the central office (CO) transceiver, e.g., ATU-C. Transmission of information from the remote terminal to the central office is important since a typical ADSL service provider is located in the central office and would therefore benefit from the ability to determine problems at the remote terminal without a truckroll. However, it is to be appreciated, that the systems and methods of this invention will work equally well in communications from the central office to the remote terminal.

US 7,570,686 B2

3

These and other features and advantages of this invention are described in or are apparent from the following detailed description of the embodiments.

BRIEF DESCRIPTION OF THE DRAWINGS

The embodiments of the invention will be described in detail, with reference to the following figures wherein:

FIG. **1** is a functional block diagram illustrating an exemplary communications system according to this invention; and

FIG. **2** is a flowchart outlining an exemplary method for communicating diagnostic and test information according to this invention.

DETAILED DESCRIPTION OF THE INVENTION

For ease of illustration the following description will be described in relation to the CO receiving diagnostic and test information from the RT. In the exemplary embodiment, the systems and methods of this invention complete a portion of the normal modem initialization before entering into the diagnostic link mode. The systems and methods of this invention can enter the diagnostic link mode manually, for example, at the direction of a technician or a user after completing a portion of initialization. Alternatively, the systems and methods of this invention can enter the diagnostic link mode automatically based on, for example, a bit rate failure, a forward error correction or a CRC error during showtime, e.g., the normal steady state transmission mode, or the like. The transition into the diagnostic link mode is accomplished by transmitting a message from the CO modem to the RT modem indicating that the modems are to enter into the diagnostic link mode, as opposed to transitioning into the normal steady state data transmission mode. Alternatively, the transition into the diagnostic link mode is accomplished by transmitting a message from the RT modem to the CO modem indicating that the modems are to enter into the diagnostic link mode as opposed to transitioning into the normal steady state data transmission mode. For example, the transition signal uses an ADSL state transition to transition from a standard ADSL state to a diagnostic link mode state.

In the diagnostic link mode, the RT modem sends diagnostic and test information in the form of a collection of information bits to the CO modem that are, for example, modulated by using one bit per DTM symbol modulation, as is used in the C-Rates**1** message in the ITU and ANSI ADSL standards, where the symbol may or may not include a cyclic prefix. Other exemplary modulation techniques include Differential Phase Shift Keying (DPSK) on a subset or all the carriers, as specified in, for example, ITU standard G.994.1, higher order QAM modulation (>1 bit per carrier), or the like.

In the one bit per DMT symbol modulation message encoding scheme, a bit with value 0 is mapped to the REVERB**1** signal and a bit with a value of 1 mapped to a SEGUE**1** signal. The REVERB**1** and SEGUE**1** signals are defined in the ITU and ANSI ADSL standards. The REVERB**1** signal is generated by modulating all of the carriers in the multicarrier system with a known pseudo-random sequence thus generating a wideband modulated signal. The SEGUE**1** signal is generated from a carrier by 180 degree phase reversal of the REVERB**1** signal. Since both signals are wideband and known in advance, the receiver can easily detect the REVERB**1** and SEGUE**1** signal using a simple matched filter in the presence of large amounts of noise and other disturbances

4

TABLE 1

| Exemplary Message Variables |
| --- |
| Data Sent in the Diag Link |
| Train Type |
| ADSL Standard |
| Chip Type |
| Vendor ID |
| Code Version |
| Average Reverb Received Signal |
| Programmable gain amplifier (PGA) Gain - Training |
| Programmable gain amplifier PGA Gain - Showtime |
| Filter Present during Idle Channel Calculation |
| Average Idle Channel Noise |
| Signal to Noise during Training |
| Signal to Noise during Showtime |
| Bits and Gains |
| Data Rate |
| Framing Mode |
| Margin |
| Reed-Solomon Coding Gain |
| QAM Usage |
| Frequency Domain Equalizer (FDQ) Coefficients |
| Gain Scale |
| Time domain equalizer (TDQ) Coefficients |
| Digital Echo Canceller (DEC) Coefficients |

Table 1 shows an example of a data message that can be sent by the RT to the CO during the diagnostic link mode. In this example, the RT modem sends 23 different data variables to the CO. Each data variable contains different items of diagnostic and test information that are used to analyze the condition of the link. The variables may contain more than one item of data. For example, the *Average Reverb Signal* contains the power levels per tone, up to, for example, 256 entries, detected during the ADSL Reverb signal. Conversely, the *PGA Gain—Training* is a single entry, denoting the gain in dB at the receiver during the ADSL training.

Many variables that represent the type of diagnostic and test information that are used to analyze the condition of the link are sent from the RT modem to the CO modem. These variables can be, for example, arrays with different lengths depending on, for example, information in the initiate diagnostic mode message. The systems and methods of this invention can be tailored to contain many different diagnostic and test information variables. Thus, the system is fully configurable, allowing subsets of data to be sent and additional data variables to be added in the future. Therefore, the message length can be increased or decreased, and diagnostic and test information customized, to support more or less variables as, for example, hardware, the environment and/or the telecommunications equipment dictates.

Therefore, it is to be appreciated, that in general the variables transmitted from the modem being tested to the receiving modem can be any combination of variables which allow for transmission of test and/or diagnostic information.

FIG. **1** illustrates an exemplary embodiment of the additional modem components associated with the diagnostic link mode. In particular, the diagnostic link system **100** comprises a central office modem **200** and a remote terminal modem **300**. The central office modem **200** comprises, in addition to the standard ATU-C components, a CRC checker **210**, a diagnostic device **220**, and a diagnostic information monitoring device **230**. The remote terminal modem **300** comprises, in addition to the standard components associated with an ATU-R, a message determination device **310**, a power control device **320**, a diagnostic device **330** and a diagnostic information storage device **340**. The central office modem **200** and the remote terminal model **300** are also connected, via link **5**,

US 7,570,686 B2

5

6

to a splitter **10** for a phone switch **20**, and a splitter **30** for a phone **40**. Alternatively, the ATU-R can operate without a splitter, e.g., splitterless, as specified in ITU standard G.992.2 (G.lite) or with an in-line filter in series with the phone **40**. In addition, the remote terminal modem **300**, can also be connected to, for example, one or more user terminals **60**. Additionally, the central office modem **200** can be connected to one or more distributed networks **50**, via link **5**, which may or may not also be connected to one or more other distributed networks.

While the exemplary embodiment illustrated in FIG. **1** shows the diagnostic link system **100** for an embodiment in which the remote terminal modem **300** is communicating test and diagnostic information to the central office **200**, it is to be appreciated that the various components of the diagnostic link system can be rearranged such that the diagnostic and test information can be forwarded from the central office **200** to the remote terminal modem **300**, or, alternatively, such that both modems can send and receive diagnostic and/or test information. Furthermore, it is to be appreciated, that the components of the diagnostic link system **100** can be located at various locations within a distributed network, such as the POTS network, or other comparable telecommunications network. Thus, it should be appreciated that the components of the diagnostic link system **100** can be combined into one device for respectively transmitting, receiving, or transmitting and receiving diagnostic and/or test information. As will be appreciated from the following description, and for reasons of computational efficiency, the components of the diagnostic link system **100** can be arranged at any location within a telecommunications network and/or modem without affecting the operation of the system.

The links **5** can be a wired or wireless link or any other known or later developed element(s) that is capable of supplying and communicating electronic data to and from the connected elements. Additionally, the user terminal **60** can be, for example, a personal computer or other device allowing a user to interface with and communicate over a modem, such as a DSL modem. Furthermore, the systems and method of this invention will work equally well with splitterless and low-pass multicarrier modem technologies.

In operation, the remote terminal **300**, commences its normal initialization sequence. The diagnostic device **330** monitors the initialization sequence for a failure. If there is a failure, the diagnostic device **330** initiates the diagnostic link mode. Alternatively, a user or, for example, a technician at the CO can specify that the remote terminal **300** enter into the diagnostic link mode after completing a portion of an initialization. Alternatively still, the diagnostic device **330** can monitor the normal steady state data transmission of the remote terminal, and upon, for example, an error threshold being exceeded, the diagnostic device **330** will initiate the diagnostic link mode.

Upon initialization of the diagnostic link mode, the diagnostic device **330**, in cooperation with the remote terminal **300** will transmit an initiate diagnostic link mode message from the remote terminal to the central office **200** (RT to CO). Alternatively, the central office modem **200** can transmit an initiate diagnostic link mode message to the remote terminal modem **300**. If the initiate diagnostic link mode message is received by the central office **200**, the diagnostic device **310**, in cooperation with the message determination device **310**, determines a diagnostic link message to be forwarded to the central office **200**. For example, the diagnostic link message can include test information that has been assembled during, for example, the normal ADSL initialization procedure. The diagnostic and/or test information can include, but is not limited to, the version number of the diagnostic link mode, the length of the diagnostic and/or test information, the communications standard, such as the ADSL standard, the chipset type, the vendor identifications, the ATU version number, the time domain received reverb signal, the frequency domain reverb signal, the amplifier settings, the CO transmitter power spectral density, the frequency domain received idle channel, the signal to noise ratio, the bits and gains and the upstream and downstream transmission rates, or the like.

If the initiate diagnostic link mode message is not received by the central office **200**, the initiate diagnostic link mode message can, for example, be re-transmitted a predetermined number of iterations until a determination is made that it is not possible to establish a connection.

Assuming the initiate diagnostic link mode message is received, then, for a predetermined number of iterations, the diagnostic device **330**, in cooperation with the remote terminal modem **300** and the diagnostic information storage device **340**, transmits the diagnostic link message with a cyclic redundancy check (CRC) to the central office modem **200**. However, it is to be appreciated that in general, any error detection scheme, such as bit error detection, can be used without affecting the operation of the system. The central office **200**, in cooperation with the CRC checker **210**, determines if the CRC is correct. If the CRC is correct, the diagnostic information stored in the diagnostic information storage device **340** has been, with the cooperation of the diagnostic device **330**, and the remote terminal modem **300**, forwarded to the central office **200** successfully.

If, for example, the CRC checker **210** is unable to determine the correct CRC, the diagnostic device **330**, in cooperation with power control device **320**, increases the transmission power of the remote terminal **300** and repeats the transmission of the diagnostic link message from the remote terminal **300** to the central office **200**. This process continues until the correct CRC is determined by the CRC checker **210**.

The maximum power level used for transmission of the diagnostic link message can be specified by, for example, the user or the ADSL service operator. If the CRC checker **210** does not determine a correct CRC at the maximum power level and the diagnostic link mode can not be initiated then other methods for determining diagnostic information are utilized, such as dispatching a technician to the remote site, or the like.

Alternatively, the remote terminal **300**, with or without an increase in the power level, can transmit the diagnostic link message several times, for example, **4** times. By transmitting the diagnostic link message several times, the CO modem **200** can use, for example, a diversity combining scheme to improve the probability of obtaining a correct CRC from the received diagnostic link message(s).

Alternatively, as previously discussed, the central office **200** comprises a diagnostic information monitoring device **230**. The remote terminal **300** can also include a diagnostic information monitoring device. One or more of these diagnostic information monitoring devices can monitor the normal steady state data transmission between the remote terminal **300** and the central office **200**. Upon, for example, the normal steady state data transmission exceeded a predetermined error threshold, the diagnostic information monitoring device can initiate the diagnostic link mode with the cooperation of the diagnostic device **300** and/or the diagnostic device **220**.

FIG. **2** illustrates an exemplary method for entering a diagnostic link mode in accordance with this invention. In particular, control begins in step S**100** and continues to step S**110**. In step S**110**, the initialization sequence is commenced.

US 7,570,686 B2

7

Next, in step S**120**, if an initialization failure is detected, control continues to step S**170**. Otherwise, control jumps to step S**130**. In step S**130**, a determination is made whether the diagnostic link mode has been selected. If the diagnostic link mode has been selected, control continues to step S**170**, otherwise, control jumps to step S**140**.

In step S**170**, the initiate diagnostic link mode message is transmitted from, for example, the remote terminal to the central office. Next, in step S**180**, a determination is made whether the initiate diagnostic mode message has been received by the CO. If the initiate diagnostic mode message has been received by the CO, control jumps to step S**200**. Otherwise, control continues to step S**190**. In step S**190**, a determination is made whether to re-transmit the initiate diagnostic mode message, for example, based on whether a predetermined number of iterations have already been completed. If the initiate diagnostic mode message is to be retransmitted, control continues back to step S**170**. Otherwise, control jumps to step S**160**.

In step S**200**, the diagnostic link message is determined, for example, by assembling test and diagnostic information about one or more of the local loop, the modem itself, the telephone network at the remote terminal, or the like. Next, in step S**210**, for a predetermined number of iterations, steps S**220**-S**240** are completed. In particular, in step S**220** a diagnostic link message comprising a CRC is transmitted to, for example, the CO. Next, in step S**230**, the CRC is determined. Then, in step S**240**, a determination is made whether the CRC is correct. If the CRC is correct, the test and/or diagnostic information has been successfully communicated and control continues to step S**160**.

Otherwise, if step S**210** has completed the predetermined number of iterations, control continues to step S**250**. In step S**250**, the transmission power is increased and control continues back to step S**210**. Alternatively, as previously discussed, the diagnostic link message may be transmitted a predetermined number of times, with our without a change in the transmission power.

In step S**140**, the normal steady state data transmission is entered into between two modems, such as the remote terminal and the cental office modems. Next, in step S**150**, a determination is made whether an error threshold during the normal steady state data transmission has been exceeded. If the error threshold has been exceeded, control continues to step S**170**. Otherwise, control jumps to step S**160**. In step S**160**, the control sequence ends.

As shown in FIG. **1**, the diagnostic link mode system can be implemented either on a single program general purpose computer, a modem, such as a DSL modem, or a separate program general purpose computer having a communications device. However, the diagnostic link system can also be implemented on a special purpose computer, a programmed microprocessor or microcontroller and peripheral integrated circuit element, an ASIC or other integrated circuit, a digital signal processor, a hardwired electronic or logic circuit such as a discrete element circuit, a programmed logic device such as a PLD, PLA, FPGA, PAL, or the like, and associated communications equipment. In general, any device capable of implementing a finite state machine that is capable of implementing the flowchart illustrated in FIG. **2** can be used to implement a diagnostic link system according to this invention.

Furthermore, the disclosed method may be readily implemented in software using object or object-oriented software development environments that provide portable source code that can be used on a variety of computer, workstation, or modem hardware platforms. Alternatively, the disclosed

8

diagnostic link system may be implemented partially or fully in hardware using standard logic circuits or a VLSI design. Other software or hardware can be used to implement the systems in accordance with this invention depending on the speed and/or efficiency requirements of the systems, the particular function, and a particular software or hardware systems or microprocessor or microcomputer systems being utilized. The diagnostic link system and methods illustrated herein however, can be readily implemented in hardware and/or software using any known or later developed systems or structures, devices and/or software by those of ordinary skill in the applicable art from the functional description provided herein and with a general basic knowledge of the computer and telecommunications arts.

Moreover, the disclosed methods can be readily implemented as software executed on a programmed general purpose computer, a special purpose computer, a microprocessor, or the like. In these instances, the methods and systems of this invention can be implemented as a program embedded on a modem, such a DSL modem, as a resource residing on a personal computer, as a routine embedded in a dedicated diagnostic link system, a central office, or the like. The diagnostic link system can also be implemented by physically incorporating the system and method into a software and/or hardware system, such as a hardware and software systems of a modem, a general purpose computer, an ADSL line testing device, or the like.

It is, therefore, apparent that there is provided in accordance with the present invention, systems and methods for transmitting a diagnostic link message. While this invention has been described in conjunction with a number of embodiments, it is evident that many alternatives, modifications and variations would be or are apparent to those of ordinary skill in the applicable arts. Accordingly, applicants intend to embrace all such alternatives, modifications, equivalents and variations that are within the spirit and the scope of this invention.

What is claimed is:

**1**. In a multicarrier modulation transceiver, a method of communicating diagnostic information over a communication channel using multicarrier modulation comprising:

transmitting or receiving at the multicarrier modulation transceiver an initiate diagnostic mode message; and

transmitting from the multicarrier modulation transceiver a diagnostic message using multicarrier modulation, wherein the diagnostic message comprises a plurality of data variables representing the diagnostic information about the communication channel and each bit in the diagnostic message is mapped to at least one DMT symbol, and wherein one variable comprises an array representing frequency domain received idle channel noise information.

**2**. The method of claim **1**, wherein the initiate diagnostic mode message is based on at least one of an initialization failure, a bit rate failure, a CRC error in an initialization message, a CRC error during the normal steady state transmission mode, a forward error correction error, a user request and a CO technician request.

**3**. The method of claim **1**, wherein the diagnostic message comprises diagnostic information about the communication channel including at least one of a length of the diagnostic information, a time domain received reverb signal, a frequency domain reverb signal, an amplifier setting, a CO transmitter power spectral density, a frequency domain received idle channel, a signal to noise ratio, bits and gain information, and upstream and or downstream transmission rates.

US 7,570,686 B2

**9**

**4**. The method of claim **1**, wherein the transceiver is a central office modem or a remote terminal modem.

**5**. A diagnostic system capable of communicating diagnostic information over a communication channel using multicarrier modulation comprising:

a transceiver capable of transmitting or receiving an initiate diagnostic mode message; and

a message determination module capable of determining and, in cooperation with the transceiver, transmitting a diagnostic message from the transceiver, wherein the diagnostic message comprises a plurality of data variables representing the diagnostic information about the communication channel and each bit in the diagnostic message is mapped to at least one DMT signal, and wherein one variable comprises an array representing frequency domain received idle channel noise information.

**6**. The system of claim **5**, wherein the initiate diagnostic mode message is based on at least one of an initialization failure, a bit rate failure, a CRC error in an initialization message, a CRC error during the normal steady state transmission mode, a forward error correction error, a user request and a CO technician request.

**7**. The system of claim **5**, wherein the diagnostic message comprises diagnostic information about the communication channel including at least one of a length of the diagnostic information, a time domain received reverb signal, a frequency domain reverb signal, an amplifier setting, a CO transmitter power spectral density, a frequency domain received idle channel, a signal to noise ratio, bits and gain information, and upstream and or downstream transmission rates.

**8**. The system of claim **5**, wherein the transceiver is a central office modem or a remote terminal modem.

**9**. A multicarrier communication transceiver capable of communicating diagnostic information over a communication channel using multicarrier modulation comprising:

means for transmitting or receiving at the multicarrier communication transceiver an initiate diagnostic mode message; and

means for transmitting from the multicarrier communication transceiver a diagnostic message using multicarrier modulation, wherein the diagnostic message comprises a plurality of data variables representing the diagnostic information about the communication channel and each bit in the diagnostic message is mapped to at least one DMT symbol, and wherein one variable comprises an array representing frequency domain received idle channel noise information.

**10**. The transceiver of claim **9**, wherein the initiate diagnostic mode message is based on at least one of an initialization failure, a bit rate failure, a CRC error in an initialization message, a CRC error during the normal steady state transmission mode, a forward error correction error, a user request and a CO technician request.

**11**. The transceiver of claim **9**, wherein the diagnostic message comprises diagnostic information about the communication channel including at least one of a length of the diagnostic information, a time domain received reverb signal, a frequency domain reverb signal, an amplifier setting, a CO transmitter power spectral density, a frequency domain received idle channel, a signal to noise ratio, bits and gain information, and upstream and or downstream transmission rates.

**12**. The transceiver of claim **9**, wherein the transceiver is a central office modem or a remote terminal modem.

**10**

**13**. In a multicarrier communication transceiver, a protocol for communicating diagnostic information over a communication channel using multicarrier modulation comprising:

transmitting or receiving at the multicarrier communication transceiver an initiate diagnostic mode message; and

transmitting from the multicarrier communication transceiver a diagnostic message using multicarrier modulation, wherein the diagnostic message comprises a plurality of data variables representing the diagnostic information about the communication channel and each bit in the diagnostic message is mapped to at least one DMT symbol, and wherein one variable comprises an array representing frequency domain received idle channel noise information.

**14**. The protocol of claim **13**, wherein the initiate diagnostic mode message is based on at least one of an initialization failure, a bit rate failure, a CRC error in an initialization message, a CRC error during the normal steady state transmission mode, a forward error correction error, a user request and a CO technician request.

**15**. The protocol of claim **13**, wherein the diagnostic message comprises diagnostic information about the communication channel including at least one of a length of the diagnostic information, a time domain received reverb signal, a frequency domain reverb signal, an amplifier setting, a CO transmitter power spectral density, a frequency domain received idle channel, a signal to noise ratio, bits and gain information, and upstream and or downstream transmission rates.

**16**. The protocol of claim **13**, wherein the transceiver is a central office modem or a remote terminal modem.

**17**. An information storage media comprising instructions that when executed communicate diagnostic information over a communication channel using multicarrier modulation comprising:

instructions that when executed direct a transceiver to receive or transmit an initiate diagnostic mode message; and

instructions that when executed transmit a diagnostic message from the transceiver using multicarrier modulation, wherein the diagnostic message comprises a plurality of data variables representing the diagnostic information about the communication channel and each bit in the diagnostic message is mapped to at least one DMT symbol, and wherein one variable comprises an array representing frequency domain received idle channel noise information.

**18**. The media of claim **17**, wherein the initiate diagnostic mode message is based on at least one of an initialization failure, a bit rate failure, a CRC error in an initialization message, a CRC error during the normal steady state transmission mode, a forward error correction error, a user request and a CO technician request.

**19**. The media of claim **17**, wherein the diagnostic message comprises diagnostic information about the communication channel including at least one of a length of the diagnostic information, a time domain received reverb signal, a frequency domain reverb signal, an amplifier setting, a CO transmitter power spectral density, a frequency domain received idle channel, a signal to noise ratio, bits and gain information, and upstream and or downstream transmission rates.

**20**. In a multicarrier modulation transceiver, a method of communicating diagnostic information over a communication channel using multicarrier modulation comprising:

transmitting or receiving at the multicarrier modulation transceiver an initiate diagnostic mode message; and

US 7,570,686 B2

**11**

transmitting from the multicarrier modulation transceiver a diagnostic message using multicarrier modulation with DMT symbols that are mapped to one bit of the diagnostic message, wherein the diagnostic message comprises a plurality of data variables representing the diagnostic information about the communication channel, and wherein one variable comprises an array representing frequency domain received idle channel noise information.

**21**. The method of claim **20**, wherein the initiate diagnostic mode message is based on at least one of an initialization failure, a bit rate failure, a CRC error in an initialization message, a CRC error during the normal steady state transmission mode, a forward error correction error, a user request and a CO technician request.

**22**. The method of claim **20**, wherein the diagnostic message comprises diagnostic information about the communication channel including at least one of a length of the diagnostic information, a time domain received reverb signal, a frequency domain reverb signal, an amplifier setting, a CO transmitter power spectral density, a frequency domain received idle channel, a signal to noise ratio, bits and gain information, and upstream and or downstream transmission rates.

**23**. The method of claim **20**, wherein the transceiver is a central office modem or a remote terminal modem.

**24**. A diagnostic system capable of communicating diagnostic information over a communication channel using multicarrier modulation comprising:

a transceiver capable of transmitting or receiving an initiate diagnostic mode message; and

a message determination module capable of determining and, in cooperation with the transceiver, transmitting from the transceiver a diagnostic message using multicarrier modulation with DMT symbols that are mapped to one bit of the diagnostic message, wherein the diagnostic message comprises a plurality of data variables representing the diagnostic information about the communication channel, and wherein one variable comprises an array representing frequency domain received idle channel noise information.

**25**. The system of claim **24**, wherein the initiate diagnostic mode message is based on at least one of an initialization failure, a bit rate failure, a CRC error in an initialization message, a CRC error during the normal steady state transmission mode, a forward error correction error, a user request and a CO technician request.

**26**. The system of claim **24**, wherein the diagnostic message comprises diagnostic information about the communication channel including at least one of a length of the diagnostic information, a time domain received reverb signal, a frequency domain reverb signal, an amplifier setting, a CO transmitter power spectral density, a frequency domain received idle channel, a signal to noise ratio, bits and gain information, and upstream and or downstream transmission rates.

**27**. The system of claim **24**, wherein the transceiver is a central office modem or a remote terminal modem.

**28**. A multicarrier communication transceiver capable of communicating diagnostic information over a communication channel using multicarrier modulation comprising:

means for transmitting or receiving at the multicarrier communication transceiver an initiate diagnostic mode message; and

means for transmitting from the multicarrier communication transceiver a diagnostic message using multicarrier modulation with DMT symbols that are mapped to one

**12**

bit of the diagnostic message, wherein the diagnostic message comprises a plurality of data variables representing the diagnostic information about the communication channel, and wherein one variable comprises an array representing frequency domain received idle channel noise information.

**29**. The transceiver of claim **28**, wherein the initiate diagnostic mode message is based on at least one of an initialization failure, a bit rate failure, a CRC error in an initialization message, a CRC error during the normal steady state transmission mode, a forward error correction error, a user request and a CO technician request.

**30**. The transceiver of claim **28**, wherein the diagnostic message comprises diagnostic information about the communication channel including at least one of a length of the diagnostic information, a time domain received reverb signal, a frequency domain reverb signal, an amplifier setting, a CO transmitter power spectral density, a frequency domain received idle channel, a signal to noise ratio, bits and gain information, and upstream and or downstream transmission rates.

**31**. The transceiver of claim **28**, wherein the transceiver is a central office modem or a remote terminal modem.

**32**. In a multicarrier communication transceiver, a protocol for communicating diagnostic information over a communication channel using multicarrier modulation comprising:

transmitting or receiving at the multicarrier communication transceiver an initiate diagnostic mode message; and

transmitting from the multicarrier communication transceiver a diagnostic message using multicarrier modulation with DMT symbols that are mapped to one bit of the diagnostic message, wherein the diagnostic message comprises a plurality of data variables representing the diagnostic information about the communication channel, and wherein one variable comprises an array representing frequency domain received idle channel noise information.

**33**. The protocol of claim **32**, wherein the initiate diagnostic mode message is based on at least one of an initialization failure, a bit rate failure, a CRC error in an initialization message, a CRC error during the normal steady state transmission mode, a forward error correction error, a user request and a CO technician request.

**34**. The protocol of claim **32**, wherein the diagnostic message comprises diagnostic information about the communication channel including at least one of a length of the diagnostic information, a time domain received reverb signal, a frequency domain reverb signal, an amplifier setting, a CO transmitter power spectral density, a frequency domain received idle channel, a signal to noise ratio, bits and gain information, and upstream and or downstream transmission rates.

**35**. The protocol of claim **32**, wherein the transceiver is a central office modem or a remote terminal modem.

**36**. An information storage media comprising instructions that when executed communicate diagnostic information over a communication channel using multicarrier modulation comprising:

instructions that when executed direct a transceiver to receive or transmit an initiate diagnostic mode message; and

instructions that when executed transmit from the transceiver a diagnostic message using multicarrier modulation with DMT symbols that are mapped to one bit of the diagnostic message, wherein the diagnostic message comprises a plurality of data variables representing the

US 7,570,686 B2

13

diagnostic information about the communication channel, and wherein one variable comprises an array representing is frequency domain received idle channel noise information.

**37**. The media of claim **36**, wherein the initiate diagnostic mode message is based on at least one of an initialization failure, a bit rate failure, a CRC error in an initialization message, a CRC error during the normal steady state transmission mode, a forward error correction error, a user request and a CO technician request.

**38**. The media of claim **36**, wherein the diagnostic message comprises diagnostic information about the communication channel including at least one of a length of the diagnostic information, a time domain received reverb signal, a frequency domain reverb signal, an amplifier setting, a CO transmitter power spectral density, a frequency domain received idle channel, a signal to noise ratio, bits and gain information, and upstream and or downstream transmission rates.

**39**. In a multicarrier modulation transceiver, a method of communicating diagnostic information including a plurality of data variables over a communication channel using multicarrier modulation comprising:

associating, at said transceiver in a diagnostic message and based on an initiate diagnostic mode message, each bit in the diagnostic message with at least one DMT symbol,

14

wherein one variable comprises an array representing frequency domain received idle channel noise information.

**40**. In a multicarrier modulation transceiver, a method of communicating diagnostic information over a communication channel using multicarrier modulation comprising:

transmitting, during a diagnostic mode, a diagnostic message using multicarrier modulation, wherein the diagnostic message comprises a plurality of data variables representing the diagnostic information about the communication channel and at least one bit in the diagnostic message is mapped to at least one DMT symbol, wherein one variable comprises an array representing frequency domain received idle channel noise information.

**41**. Communicating diagnostic information over a communication channel using multicarrier modulation comprising:

communicating from a transceiver a diagnostic message comprising a plurality of data variables representing the diagnostic information, wherein each bit in the diagnostic message is mapped to at least one DMT symbol, wherein one variable comprises an array representing frequency domain received idle channel noise information.

\*   \*   \*   \*   \*