IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br>          Plaintiff,<br>   v.<br>2WIRE, INC.<br>          Defendant. | Civil Action No. 13-cv-1835-RGA |
| TQ DELTA, LLC,<br>          Plaintiff,<br>   v.<br>ZHONE TECHNOLOGIES, INC.<br>          Defendant. | Civil Action No. 13-cv-1836-RGA |
| TQ DELTA, LLC,<br>          Plaintiff,<br>   v.<br>ZYXEL COMMUNICATIONS, INC. and<br>ZYXEL COMMUNICATIONS CORPORATION,<br>          Defendants. | Civil Action No. 13-cv-2013-RGA |
| TQ DELTA, LLC,<br>          Plaintiff,<br>   v.<br>ADTRAN, INC.<br>          Defendant. | Civil Action No. 14-cv-954-RGA |
| ADTRAN, INC,<br>          Plaintiff,<br>   v.<br>TQ DELTA, LLC.<br>          Defendant. | Civil Action No. 15-cv-121-RGA |

**FAMILY 2 PATENTS JOINT CLAIM CONSTRUCTION CHART**

Pursuant to ¶ 9 of the Court's Third and Final Scheduling Order, dated April 10, 2017, Plaintiff TQ Delta, LLC and Defendants in the above-captioned cases submit their Joint Claim Construction Chart ("Chart") for the Family 2 Patents (U.S. Patent Nos. 7,453,881 ("the '881 patent"), 7,809,028 ("the '028 patent"), 7,978,706 ("the '706 patent"), and 8,422,511 ("the '511

patent")).  The Chart attached as Exhibit A includes the parties' respective proposed constructions of the disputed language of the asserted claims of the Family 2 Patents.  The Chart includes citations to the parties' intrinsic evidence in support of such constructions.  The parties reserve their rights to amend and/or supplement their disclosures.

In addition to the Joint Claim Construction Chart attached as Exhibit A, copies of the Family 2 Patents and additional portions of the intrinsic record are attached as Exhibits B – H:

| Exhibit | Description |
|---|---|
| B | '881 patent |
| C | '028 patent |
| D | '706 patent |
| E | '511 patent |
| F | '881 patent file history excerpts |
| G | '706 patent file history excerpts |
| H | '511 patent file history excerpts |

| | |
|---|---|
| Dated: May 18, 2017 | Respectfully submitted, |
| FARNAN LLP | Morgan Lewis & Bockius LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, Delaware  19801<br>(302) 777-0300<br>(302) 777-0301 (Fax)<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Counsel for Plaintiff TQ Delta, LLC* | /s/ Jody Barillare<br>Colm F. Connolly (#3151)<br>Jody Barillare (#5106)<br>The Nemours Building<br>1007 N. Orange Street, Suite 501<br>Wilmington, DE 19801<br>(302) 574-7290<br>(302) 574-3001<br>colm.connolly@morganlewis.com<br>jody.barillare@morganlewis.com<br><br>*Attorneys for Defendant 2WIRE LLC* |
| MORRIS JAMES LLP | Seitz, Van Ogtrop, & Green, P.A. |
| /s/ Kenneth L. Dorsney<br>Kenneth L. Dorsney (Bar No. 3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br><br>*Attorneys for Defendants Zyxel Communications Inc. et. al.* | /s/ James S. Green<br>James S. Green (#481)<br>222 Delaware Avenue, Suite 1500<br>P. O. Box 68<br>Wilmington, DE 19899<br>(302) 888-0600<br>(302) 888-0606 (Fax)<br>green@svglaw.com<br><br>*Counsel for Defendant Zhone Technologies, Inc..* |
| | MORRIS JAMES LLP |
| | /s/ Kenneth L. Dorsney<br>Kenneth L. Dorsney (Bar No. 3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br><br>*Attorneys for Defendant Adtran Inc.* |