# EXHIBIT A

# PARTIES' JOINT CLAIM CONSTRUCTION CHART

# FOR FAMILY 2 PATENTS

| Disputed Claim Term | Patent, Asserted Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| "transceiver" | '881 patent, claims 17, 18<br>'028 patent, claims 1, 2<br>'706 patent, claims 1, 2<br>'511 patent, claims 2, 6 | "communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry"<br><br>Intrinsic Evidence:<br><br>Ex. B ('881 patent), Fig. 2.[1] | "communications device capable of transmitting and receiving data"<br><br>Intrinsic Evidence:<br><br>'881 patent, Fig. 1, 2; col. 1:26-56; col. 1:60-2:5; col. 3:58-4:5. |
| "plurality of bonded transceivers" | '881 patent, claims 17, 18<br>'028 patent, claims 1, 2 | "two or more transceivers configurable to be located on the same side of two or more physical links where each transceiver is configurable to transmit or receive a different portion of the same bit stream via a different one of the physical links"<br><br>Intrinsic Evidence:<br><br>*See, e.g.*, Ex. B ('881 patent), Figs. 2-12, 1:60 – 2:5, 4:15-18, 4:29-33, 4:52-56, 4:62 – 5:9, and 5:22-67. | "two or more transceivers, each corresponding to a physical link, coordinated to transmit or receive a different portion of the same bit stream via a different one of the physical links"Intrinsic Evidence:<br><br>'881 patent, Fig. 2; col. 1:42-56; col. 1:60-2:5; col. 2:10-19; col. 3:58-4:38; col. 4:57-5:6; col. 5:44-52; col. 10:54-58; col. 11:31-34.<br><br>Ex. F, '881 File History, Examiner's Interview Summary for March 15, 2007. |
| "combine multiple DSL transceivers"/ "combined multiple DSL | '706 patent, claims 1, 2<br>'511 patent, claims 2, 6 | "locate two or more DSL transceivers on the same side of two or more physical links where each transceiver is configured to transmit or receive a different portion of the same bit stream | The preambles of these claims are limiting.<br><br>"locate at least two DSL transceivers, each corresponding to a physical link, on the same communications node so that |

---

[1] The '881, '028, '706, and '511 patents share a common disclosure.  For brevity, TQ Delta cites only to the '881 patent.  Citations to other patents are noted in the charts.

| Disputed Claim Term | Patent, Asserted Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| transceivers" | | via a different one of the physical links" / "two or more DSL transceivers configurable to be located on the same side of two or more physical links where each transceiver is configurable to transmit or receive a different portion of the same bit stream via a different one of the physical links"<br><br>Intrinsic Evidence:<br><br>*See, e.g.*, Ex. B ('881 patent), Figs. 2-12, 1:60 – 2:5, 4:15-18, 4:29-33, 4:52-56, 4:62 – 5:9, and 5:22-67. | they are coordinated to transmit or receive a different portion of the same bit stream via a different one of the physical links"/ "at least two DSL transceivers, each corresponding to a physical link, located on the same communications node and coordinated to transmit or receive a different portion of the same bit stream via a different one of the physical links"<br><br>Intrinsic Evidence:<br><br>'881 patent, Fig. 2; col. 1:42-56; col. 1:60-2:5; col. 2:10-19; col. 3:25-39; col. 3:58-4:38; col. 4:62-5:6; col. 5:44-52; col. 10:54-58; col. 11:31-34.<br><br>'511 patent, col. 11:4-16; col. 11:46-62.<br><br>Ex. F - '881 File History, Examiner's Interview Summary for March 15, 2007. |
| "utilizing at least one transmission parameter value to reduce a difference in latency between the bonded transceivers" | '881 patent, claims 17, 18<br>'028 patent, claims 1, 2 | "to set a value of at least one parameter used for transmission to reduce the difference between the latencies of the respective bonded transceivers"<br><br>Intrinsic Evidence:<br><br>Ex. B ('881 patent), 6:1-16 and 6:56 – 7:36. | "configuring at least one transmission parameter value to minimize the difference in the configuration latencies between the bonded transceivers"<br><br>Intrinsic Evidence:<br><br>'881 patent, Fig. 15; col. 5:23-42; col. 6:1-35; col. 6:56-7:36; col. 10:40-47.<br><br>Ex. F - '881 Patent File History – Office Action dated 10/18/2006; Amendment dated 2/28/2007.<br><br>Ex. G - '706 Patent File History – Office Action dated 1/10/2011; Amdmt and |

| Disputed Claim Term | Patent, Asserted Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | | Response Dated 2/11/2011.<br><br>Ex. H - '511 Patent File History – Office Action dated 2/15/2011; Amdmt and Resp. dated 8/11/2011; Office Action dated Nov. 18, 2011; Amdmt dated May 14, 2012 |
| "utilizing at least one transmission parameter value . . . to reduce a difference in latency between the multiple DSL transceivers" | '706 patent, claims 1, 2<br><br>'511 patent, claim 6 | "to set a value of at least one parameter used for transmission to reduce the difference between the latencies of the respective multiple DSL transceivers"<br><br>Intrinsic Evidence:<br><br>Ex. B ('881 patent), 6:1-16 and 6:56 – 7:36. | "configuring at least one transmission parameter value to minimize the difference in configuration latencies between the multiple DSL transceivers"<br><br>Intrinsic Evidence:<br><br>'881 patent, Fig. 15; col. 5:23-42; col. 6:1-35; col. 6:56-7:36; col. 10:40-47.<br><br>Ex. F - '881 Patent File History – Office Action dated 10/18/2006 ; Amendment dated 2/28/2007.<br><br>Ex. G - '706 Patent File History – Office Action dated 1/10/2011; Amdmt and Response Dated 2/11/2011.<br><br>Ex. H - '511 Patent File History – Office Action dated 2/15/2011; Amdmt and Resp. dated 8/11/2011; Office Action dated Nov. 18, 2011; Amdmt dated May 14, 2012 |
| "determining at least one transmission parameter value . . . to reduce a | '511 patent, claim 2 | "to determine a value of at least one parameter used for transmission to reduce the difference between the latencies of the respective multiple DSL | "computing at least one transmission parameter value to minimize the difference between the configuration latencies of the multiple DSL |

| Disputed Claim Term | Patent, Asserted Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| difference in latency between the multiple DSL transceivers" | | transceivers"<br><br>Intrinsic Evidence:<br><br>Ex. B ('881 patent), 6:1-16 and 6:56 – 7:36. | transceivers"<br><br>Intrinsic Evidence:<br><br>'881 patent, Fig. 15; col. 5:23-42; col. 6:1-35; col. 6:56-7:36; col. 10:40-47.<br><br>'511 patent, Fig. 16; col. 10:58-11:3; col. 11:42-46.<br><br>Ex. F - '881 Patent File History – Office Action dated 10/18/2006; Amendment dated 2/28/2007.<br><br>Ex. G - '706 Patent File History – Office Action dated 1/10/2011; Amdmt and Response Dated 2/11/2011.<br><br>Ex. H - '511 Patent File History – Office Action dated 2/15/2011; Amdmt and Resp. dated 8/11/2011; Office Action dated Nov. 18, 2011; Amdmt dated May 14, 2012; Office Action dated August 16, 2012; Amdmt dated 9/4/2012. |