# EXHIBIT F

|  | Application No. | Applicant(s) |  |
|---|---|---|---|
| *Interview Summary* | 10/264,258 | TZANNES ET AL. |  |
|  | Examiner | Art Unit |  |
|  | Duc C. Ho | 2616 |  |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Duc C. Ho*.                                    (3)_____.

(2) *Jason H. Vick*.                              (4)_____.

Date of Interview: *15 March 2007*.

Type:   a)☐ Telephonic   b)☐ Video Conference
          c)☒ Personal [copy given to: 1)☐ applicant   2)☐ applicant's representative]

Exhibit shown or demonstration conducted:   d)☐ Yes   e)☐ No.
     If Yes, brief description: _____.

Claim(s) discussed: *13-20*.

Identification of prior art discussed: *None*.

Agreement with respect to the claims f)☐ was reached.   g)☐ was not reached.   h)☒ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: *The interview is based on the understanding that Applicant will file RCE for the new claims that are directed to a non-elected invention.  Applicant had explained the concept of bonded transceivers and the novel of the invention*.

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a reply to the last Office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on reverse side or on attached sheet.

Examiner Note:  You must sign this form unless it is an Attachment to a signed Office action.

Examiner's signature, if required

Attorney Docket No.  5550-16

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:

First Named Inventor:  TZANNES, Marcos C.          **Art Unit:  2616**

Appln. No.:  10/264,258          **Examiner:  HO, Duc Chi**

For:   SYSTEMS AND METHODS FOR MULTI-          **Confirmation No.:  3342**
PAIR ATM OVER DSL

\* \* \*

## AMENDMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Sir:

In response to the Office action dated October 18, 2006, please amend the above-identified application as follows:

**Amendments to the Specification** begin on page 2.

**Amendments to the Drawings** begin in page 3.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 4 of this paper.

**Remarks** begin on page 13 of this paper.

Appln. No. 10/264,258                    Attorney Docket No. 5550-16

**Amendments to the Specification:**

Please replace paragraph [0007] with the following amended paragraph:

[0007] The broadband network termination (B-NT) ~~100 20~~ performs the functions of terminating the ADSL signal entering the user's premises via the twisted pair cable and the ATU-R 22 and provides either the T, S or R interface towards the premises distribution network/terminal equipment 4. The access ATM module 26 and the VP/VC Mux module 24 perform the ATM layer functions to support the TC layers in the ATU-R. The broadband network termination ~~100 20~~ may also contain VPI/VCI translation functions to support multiplex/~~demultiplex~~ demultiplex of VC's between the ATU-R 22 and the premise distribution network/terminal equipment 4 on a VPI and/or VCI bases. The broadband network termination ~~100 20~~ may also comprise a PDN/TE interface element 28 and SAR module 30 the functions of which are well known and will be omitted for sake of clarity.

2

Appln. No. 10/264,258                          Attorney Docket No. 5550-16

**Amendments to the Drawings:**


The attached sheet of drawings includes changes to Fig 1.

Fig. 1 has been labeled "Prior Art."


Attachment:   Replacement Sheet
              Annotated Sheet Showing Changes

3

Appln. No. 10/264,258                    Attorney Docket No. 5550-16

**Amendments to the Claims:**

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1. – 12. (Cancelled)

13.     (New) A method comprising:
        utilizing at least one transmission parameter value, for each transceiver in a plurality of bonded transceivers, to reduce a difference in latency between the bonded transceivers, wherein a data rate for a first of the plurality of bonded transceivers is different than a data rate for a second of the plurality of bonded transceivers.

14.     (New) The method of claim 13, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

15.     (New) The method of claim 13, wherein the bonded transceivers are transporting cells or ATM cells.

16.     (New) The method of claim 13, wherein the bonded transceivers are transporting packets, Ethernet packets or IP packets.

17.     (New) The method of claim 13, wherein the at least one transmission parameter value for the first of the plurality of bonded transceivers is a first Reed Solomon Coding parameter value, and the at least one transmission parameter value for the second of the plurality of bonded transceivers is a different Reed Solomon Coding parameter value.

4

18.   (New) The method of claim 17, wherein the first Reed Solomon Coding parameter value is less than the different Reed Solomon Coding parameter value when the data rate for the first of the plurality of bonded transceivers is less than the data rate for the second of the plurality of bonded transceivers.

19.   (New) The method of claim 13, wherein the at least one transmission parameter value for the first of the plurality of bonded transceivers is a first interleaving parameter value, and the at least one transmission parameter value for the second of the plurality of bonded transceivers is a different interleaving parameter value.

20.   (New) The method of claim 19, wherein the first interleaving parameter value is less than the different interleaving parameter value when the data rate for the first of the plurality of bonded transceivers is less than the data rate for the second of the plurality of bonded transceivers.

21.   (New) A method comprising:

selecting at least one transmission parameter value, for each transceiver in a plurality of bonded transceivers, to reduce a difference in latency between the bonded transceivers, wherein a data rate of a first of the plurality of bonded transceivers is different than a data rate of a second of the plurality of bonded transceivers.

22.   (New) The method of claim 21, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

23.   (New) The method of claim 21, wherein the bonded transceivers are transporting cells or ATM cells.

24.   (New) The method of claim 21, wherein the bonded transceivers are transporting packets, Ethernet packets or IP packets.

Appln. No. 10/264,258                           Attorney Docket No. 5550-16

25.    (New) The method of claim 21, wherein the at least one transmission parameter value for the first of the plurality of bonded transceivers is a first Reed Solomon Coding parameter value, and the at least one transmission parameter value for the second of the plurality of bonded transceivers is a different Reed Solomon Coding parameter value.

26.    (New) The method of claim 25, wherein the first Reed Solomon Coding parameter value is less than the different Reed Solomon Coding parameter value when the data rate for the first of the plurality of bonded transceivers is less than the data rate for the second of the plurality of bonded transceivers.

27.    (New) The method of claim 21, wherein the at least one transmission parameter value for the first of the plurality of bonded transceivers is a first interleaving parameter value, and the at least one transmission parameter value for the second of the plurality of bonded transceivers is a different interleaving parameter value.

28.    (New) The method of claim 27, wherein the first interleaving parameter value is less than the different interleaving parameter value when the data rate for the first of the plurality of bonded transceivers is less than the data rate for the second of the plurality of bonded transceivers.

29.    (New) A transceiver capable of utilizing at least one transmission parameter value to reduce a difference in latency between the transceiver and second transceiver, wherein a data rate of the transceiver is different than a data rate of the second transceiver.

30.    (New) The transceiver of claim 29, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

31.    (New) The transceiver of claim 29, wherein the transceiver is capable of transporting cells or ATM cells.

6

32.    (New) The transceiver of claim 29, wherein the transceiver is capable of transporting packets, Ethernet packets or IP packets.

33.    (New) The transceiver of claim 29, wherein the at least one transmission parameter value for the transceiver is a first Reed Solomon Coding parameter value that is different than a second Reed Solomon Coding parameter value for the second transceiver.

34.    (New) The transceiver of claim 33, wherein the first Reed Solomon Coding parameter value is less than the second Reed Solomon Coding parameter value when the data rate for the transceiver is less than the data rate for the second transceiver.

35.    (New) The transceiver of claim 29, wherein the at least one transmission parameter value for the transceiver is a first interleaving parameter value that is different than a second interleaving parameter value for the second transceiver.

36.    (New) The transceiver of claim 35, wherein the first interleaving parameter value is less than the second interleaving parameter value when the data rate for the transceiver is less than the data rate for the second transceiver.

37.    (New) A transceiver capable of selecting at least one transmission parameter value to reduce a difference in latency between the transceiver and second transceiver, wherein a data rate of the transceiver is different than a data rate of the second transceiver.

38.    (New) The transceiver of claim 37, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

39.    (New) The transceiver of claim 37, wherein the transceiver is capable of transporting cells or ATM cells.

7

Appln. No. 10/264,258                          Attorney Docket No. 5550-16

40.     (New) The transceiver of claim 37, wherein the transceiver is capable of transporting packets, Ethernet packets or IP packets.

41.     (New) The transceiver of claim 37, wherein the at least one transmission parameter value for the transceiver is a first Reed Solomon Coding parameter value that is different than a second Reed Solomon Coding parameter value for the second transceiver.

42.     (New) The transceiver of claim 41, wherein the first Reed Solomon Coding parameter value is less than the second Reed Solomon Coding parameter value when the data rate for the transceiver is less than the data rate for the second transceiver.

43.     (New) The transceiver of claim 37, wherein the at least one transmission parameter value for the transceiver is a first interleaving parameter value that is different than a second interleaving parameter value for the second transceiver.

44.     (New) The transceiver of claim 43, wherein the first interleaving parameter value is less than the second interleaving parameter value when the data rate for the transceiver is less than the data rate for the second transceiver.

45.     (New) A communication protocol utilizing at least one transmission parameter value, for each transceiver in a plurality of bonded transceivers, to reduce a difference in latency between the bonded transceivers, wherein a data rate for a first of the plurality of bonded transceivers is different than a data rate for a second of the plurality of bonded transceivers.

46.     (New) The protocol of claim 45, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

47.     (New) The protocol of claim 45, wherein the bonded transceivers are transporting cells or ATM cells.

48.    (New) The protocol of claim 45, wherein the bonded transceivers are transporting packets, Ethernet packets or IP packets.

49.    (New) The protocol of claim 45, wherein the at least one transmission parameter value for the first of the plurality of bonded transceivers is a first Reed Solomon Coding parameter value, and the at least one transmission parameter value for the second of the plurality of bonded transceivers is a different Reed Solomon Coding parameter value.

50.    (New) The protocol of claim 49, wherein the first Reed Solomon Coding parameter value is less than the different Reed Solomon Coding parameter value when the data rate for the first of the plurality of bonded transceivers is less than the data rate for the second of the plurality of bonded transceivers.

51.    (New) The protocol of claim 45, wherein the at least one transmission parameter value for the first of the plurality of bonded transceivers is a first interleaving parameter value, and the at least one transmission parameter value for the second of the plurality of bonded transceivers is a different interleaving parameter value.

52.    (New) The protocol of claim 51, wherein the first interleaving parameter value is less than the different interleaving parameter value when the data rate for the first of the plurality of bonded transceivers is less than the data rate for the second of the plurality of bonded transceivers.

53.    (New) A communication protocol capable of selecting at least one transmission parameter value, for each transceiver in a plurality of bonded transceivers, to reduce a difference in latency between the bonded transceivers, wherein a data rate of a first of the plurality of bonded transceivers is different than a data rate of a second of the plurality of bonded transceivers.

54.     (New) The protocol of claim 53, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

55.     (New) The protocol of claim 53, wherein the bonded transceivers are transporting cells or ATM cells.

56.     (New) The protocol of claim 53, wherein the bonded transceivers are transporting packets, Ethernet packets or IP packets.

57.     (New) The protocol of claim 53, wherein the at least one transmission parameter value for the first of the plurality of bonded transceivers is a first Reed Solomon Coding parameter value, and the at least one transmission parameter value for the second of the plurality of bonded transceivers is a different Reed Solomon Coding parameter value.

58.     (New) The protocol of claim 57, wherein the first Reed Solomon Coding parameter value is less than the different Reed Solomon Coding parameter value when the data rate for the first of the plurality of bonded transceivers is less than the data rate for the second of the plurality of bonded transceivers.

59.     (New) The protocol of claim 53, wherein the at least one transmission parameter value for the first of the plurality of bonded transceivers is a first interleaving parameter value, and the at least one transmission parameter value for the second of the plurality of bonded transceivers is a different interleaving parameter value.

60.     (New) The protocol of claim 59, wherein the first interleaving parameter value is less than the different interleaving parameter value when the data rate for the first of the plurality of bonded transceivers is less than the data rate for the second of the plurality of bonded transceivers.

Appln. No. 10/264,258                                  Attorney Docket No. 5550-16

61.     (New) An information storage media having stored thereon information that when executed:

utilizes at least one transmission parameter value, for each transceiver in a plurality of bonded transceivers, to reduce a difference in latency between the bonded transceivers, wherein a data rate for a first of the plurality of bonded transceivers is different than a data rate for a second of the plurality of bonded transceivers.

62.     (New) The media of claim 61, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

63.     (New) The media of claim 61, wherein the bonded transceivers are transporting cells or ATM cells.

64.     (New) The media of claim 61, wherein the bonded transceivers are transporting packets, Ethernet packets or IP packets.

65.     (New) An information storage media having stored thereon information that when executed:

selects at least one transmission parameter value, for each transceiver in a plurality of bonded transceivers, to reduce a difference in latency between the bonded transceivers, wherein a data rate of a first of the plurality of bonded transceivers is different than a data rate of a second of the plurality of bonded transceivers.

66.     (New) The media of claim 65, wherein the at least one transmission parameter value is a Reed Solomon Coding parameter value, an interleaving parameter value, a coding parameter value, a codeword size value or a framing parameter value.

67.     (New) The media of claim 65, wherein the bonded transceivers are transporting cells or ATM cells.

68.     (New) The media of claim 65, wherein the bonded transceivers are transporting packets, Ethernet packets or IP packets.

69.     (New) A means for communication comprising:

means for utilizing at least one transmission parameter value, for each transceiver in a plurality of bonded transceivers, to reduce a difference in latency between the bonded transceivers, wherein a data rate for a first of the plurality of bonded transceivers is different than a data rate for a second of the plurality of bonded transceivers.

70.     (New) A means for communication comprising:

means for selecting at least one transmission parameter value, for each transceiver in a plurality of bonded transceivers, to reduce a difference in latency between the bonded transceivers, wherein a data rate of a first of the plurality of bonded transceivers is different than a data rate of a second of the plurality of bonded transceivers.

Appln. No. 10/264,258                         Attorney Docket No. 5550-16

## REMARKS

Applicants respectfully request reconsideration of this application as amended.

By this amendment, the specification and Figure 1 have been amended in accordance with the Examiner's recommendation.  Claims 1 – 12 have also been cancelled without prejudice or disclaimer.

New Claims 13 – 70 have been added to provide more comprehensive protection for certain aspects of the invention.

Based on the foregoing, Applicants respectfully submit the rejection under 35 U.S.C. §103 is moot.

In that Applicants believe new claims 13 - 70 are patentably distinguishable from the references of record, a Notice of Allowance is respectfully requested.

The Commissioner is hereby authorized to charge to deposit account number 19-1970 (5550-16) any fees under 37 CFR § 1.16 and 1.17 that may be required by this paper and to credit any overpayment to that Account.  If any extension of time is required in connection with the filing of this paper and has not been separately requested, such extension is hereby petitioned.

Respectfully submitted,

Date: 28 Feb 07                    By: _____
                                       Jason H. Vick
                                       Reg. No. 45,285

SHERIDAN ROSS P. C.
1560 BROADWAY, SUITE 1200
DENVER, COLORADO 80202
TELEPHONE: 303-863-9700
FAX: 303-863-0223

13

*REPLACEMENT SHEET*



Fig. 1
(Prior Art)

*ANNOTATED MARKED-UP DRAWING*



Fig. 1
(Prior Art)

Approved for use through 07/31/2006  OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO/SB/22 (10-04)

| **PETITION FOR EXTENSION OF TIME UNDER 37 CFR § 1.136(a)** FY 2006 **(Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818))** | Docket Number (Optional) 5550-16 |
|---|---|

| CERTIFICATE OF MAILING OR TRANSMISSION | In re Application of  Tzannes, Marcos C. | |
|---|---|---|
| I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to Mail Stop _____ , Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450, or being facsimile transmitted to the USPTO at _____ , on _____. Signature:_____ Name:_____ | Application Number: 10/264,258 | Filed  October 4, 2002 |
| | For:  "SYSTEMS AND METHODS FOR MULTI-PAIR ATM OVER DSL | |
| | Art Unit | Examiner |

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

|  | | Fee | Small Entity Fee | |
|---|---|---|---|---|
| ☐ | One month (37 CFR 1.17(a)(1)) | $120 | $60 | $_____ |
| X | Two months (37 CFR 1.17(a)(2)) | $450 | $225 | $____450____ |
| ☐ | Three months (37 CFR 1.17(a)(3)) | $1020 | $510 | $_____ |
| ☐ | Four months (37 CFR 1.17(a)(4)) | $1590 | $795 | $_____ |
| ☐ | Five months (37 CFR 1.17(a)(5)) | $2160 | $1080 | $_____ |

☐ Applicant claims small entity status.  See 37 CFR 1.27.

☐ A check in the amount of the fee is enclosed.

☐ Payment by credit card.  Form PTO-2038 is attached.

☐ The Director has already been authorized to charge fees in this application to Deposit Account.

☒ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number  19-1970 .  I have enclosed a duplicate copy of this sheet.

**WARNING: Information on this form may become public.  Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the ☐ applicant/inventor

☐ assignee of record of the entire interest.  See 37 CFR 3.71. Statement under 37 CFR 3.73(b) is enclosed.  (Form PTO/SB/96).

☒ attorney or agent of record.  Registration Number:  45,285

☐ attorney or agent under 37 CFR 1.34(a). Registration number if acting under 37 CFR 1.34(a) _____ .

| _____ Signature | 28 Feb '07 _____ Date |
|---|---|
| Jason H. Vick Typed or printed name | (303) 863-9700 Telephone Number |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required.  Submit multiple forms if more than one signature is required, see below.

☒ Total of ONE_____ forms are submitted.

This collection of information is required by 37 CFR 1.136(a).  The information is required to obtain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14.  This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 10264258 |
| **Filing Date:** | 04-Oct-2002 |
| **Title of Invention:** | Systems and methods for multi-pair ATM over DSL |
| First Named Inventor/Applicant Name: | Marcos C. Tzannes |
| **Filer:** | Jason Vick/Christine Jacquet |
| **Attorney Docket Number:** | 5550-16 |
| Filed as Large Entity | |

## Utility    Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| Claims in excess of 20 | 1202 | 38 | 50 | 1900 |
| Independent claims in excess of 3 | 1201 | 5 | 200 | 1000 |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| Extension - 2 months with $0 paid | 1252 | 1 | 450 | 450 |
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | 3350 |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 1551765 |
| **Application Number:** | 10264258 |
| **International Application Number:** | |
| **Confirmation Number:** | 3342 |
| **Title of Invention:** | Systems and methods for multi-pair ATM over DSL |
| **First Named Inventor/Applicant Name:** | Marcos C. Tzannes |
| **Customer Number:** | 181 |
| **Filer:** | Jason Vick/Christine Jacquet |
| **Filer Authorized By:** | Jason Vick |
| **Attorney Docket Number:** | 5550-16 |
| **Receipt Date:** | 28-FEB-2007 |
| **Filing Date:** | 04-OCT-2002 |
| **Time Stamp:** | 13:33:06 |
| **Application Type:** | Utility |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment was successfully received in RAM | $3350 |
| RAM confirmation Number | 2070 |
| Deposit Account | 191970 |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | | AMEND_DRAW_EOT.pdf | 1183760 | yes | 16 |
|---|---|---|---|---|---|

| Multipart  Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Amendment - After Non-Final Rejection | 1 | 1 |
| Specification | 2 | 2 |
| Drawings | 3 | 3 |
| Claims | 4 | 12 |
| Applicant Arguments/Remarks Made in an Amendment | 13 | 13 |
| Drawings | 14 | 15 |
| Extension of Time | 16 | 16 |

| Warnings: |
|---|

| Information: |
|---|

| 2 | Fee Worksheet (PTO-06) | fee-info.pdf | 8445 | no | 2 |
|---|---|---|---|---|---|

| Warnings: |
|---|

| Information: |
|---|

| Total Files Size (in bytes): | 1192205 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**PATENT APPLICATION FEE DETERMINATION RECORD**
Substitute for Form PTO-875

| Application or Docket Number | Filing Date | |
|---|---|---|
| 10/264,258 | 10/04/2002 | ☐ To be Mailed |

## APPLICATION AS FILED – PART I

OTHER THAN
SMALL ENTITY ☐   OR   SMALL ENTITY

| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

## APPLICATION AS AMENDED – PART II

OTHER THAN
SMALL ENTITY   OR   SMALL ENTITY

| AMENDMENT | 02/28/2007 | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * 58 Minus | ** 20 | = 38 | X $ = | | OR X $50= | 1900 |
| | Independent (37 CFR 1.16(h)) | * 10 Minus | ***5 | = 5 | X $ = | | OR X $200= | 1000 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | |
| | | | | | TOTAL ADD'L FEE | | OR TOTAL ADD'L FEE | 2900 |

| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * Minus | ** | = | X $ = | | OR X $ = | |
| | Independent (37 CFR 1.16(h)) | * Minus | *** | = | X $ = | | OR X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | |
| | | | | | TOTAL ADD'L FEE | | OR TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
gail D. D. wooten

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/264,258 | 10/04/2002 | Marcos C. Tzannes | 081513-248 | 3342 |

181          7590          10/18/2006

MILES & STOCKBRIDGE PC
1751 PINNACLE DRIVE
SUITE 500
MCLEAN, VA  22102-3833

| EXAMINER |
|---|
| HO, DUC CHI |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2616 | |

DATE MAILED: 10/18/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

| | Application No. | Applicant(s) |
|---|---|---|
| ***Office Action Summary*** | 10/264,258 | TZANNES ET AL. |
| | **Examiner** | **Art Unit** | |
| | Duc C. Ho | 2616 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS,
WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any
  earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>04 October 2002</u>.

2a)☐ This action is **FINAL**.        2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1-12</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>1-4 and 8-12</u> is/are rejected.

7)☒ Claim(s) <u>second claim 4, and 5-7</u> is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____.

      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage
        application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☒ Information Disclosure Statement(s) (PTO/SB/08)
   Paper No(s)/Mail Date <u>04/09/03</u>.

4) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____ .

5) ☐ Notice of Informal Patent Application

6) ☐ Other: _____.

Application/Control Number: 10/264,258                                    Page 2
Art Unit: 2616

### Claim Objections

1.      Claim 4 is objected to because of the following informalities: (1) The numeral "4"

for a single claim 4 has been used twice. (2) Regarding claim 10, the limitation

"information that receives and that distributes" in lines 3-4 employing "information" as a

means to receive and to distribute is ambiguous. Applicant is suggested to amend the

term as, i.e., information storage element, etc., to reflect its storage purpose.

        Appropriate correction is required.

        Regarding claim 4-7, due the confusion of having a claim "4" numbered twice, the

remaining claims including the second claim 4 to claim 7 will not be examined in this

Office Action.

### Specification

2.      The disclosure is objected to because of the following informalities: The use of

number "100" in a few places in paragraph 0005 describing the broadband network

termination (B-NT)100 in figure 1 of the instant application should be corrected to "20"

for consistency with the broadband network termination (B-NT)20-fig.1.

        Appropriate correction is required.

### Drawings

3.      Figure 1 should be designated by a legend such as --Prior Art-- because only

that which is old is illustrated.  See MPEP § 608.02(g).  Corrected drawings in

compliance with 37 CFR 1.121(d) are required in reply to the Office action to avoid

Application/Control Number: 10/264,258                                          Page 3
Art Unit: 2616

abandonment of the application. The replacement sheet(s) should be labeled

"Replacement Sheet" in the page header (as per 37 CFR 1.84(c)) so as not to obstruct

any portion of the drawing figures. If the changes are not accepted by the examiner, the

applicant will be notified and informed of any required corrective action in the next Office

action. The objection to the drawings will not be held in abeyance.


### Claim Rejections - 35 USC § 103

4.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
>
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
>
> the prior art are such that the subject matter as a whole would have been obvious at the time the
>
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
>
> Patentability shall not be negatived by the manner in which the invention was made.

5.      This application currently names joint inventors.  In considering patentability of

the claims under 35 U.S.C. 103(a), the examiner presumes that the subject matter of

the various claims was commonly owned at the time any inventions covered therein

were made absent any evidence to the contrary.  Applicant is advised of the obligation

under 37 CFR 1.56 to point out the inventor and invention dates of each claim that was

not commonly owned at the time a later invention was made in order for the examiner to

consider the applicability of 35 U.S.C. 103© and potential 35 U.S.C. 102(f) or (g) prior

art under 35 U.S.C. 103(a).

6.      Claim 1-4, and 8-12 are rejected under 35 U.S.C. 103(a) as being unpatentable

over the Admitted Prior Art in figure 1 of the instant application, hereinafter referred to

Application/Control Number: 10/264,258                                    Page 4
Art Unit: 2616

as the APA, in view of Amidan et al.(US2001/0181458), hereinafter referred to as

Amidan.

Regarding claim 1, the APA-fig.1 discloses a system for transporting ATM over

DSL using a single latency ADSL configuration.  The APA-fig.1 discloses an ATM

stream, a plurality of sub-streams from the ATU-C 18 (1-N) in which the ATM stream is

distributed between the plurality of ATM sub-streams in a single ADSL twisted wire pair.

The APA-fig.1, however, does not teach (1) a transmitter/receiver multi-pair

multiplexer module, and (2) each ATM sub-stream associated with a multiple twisted

wire pair.

Amidan discloses data partitioning for multi-link transmission. (1) Fig. 1 discloses

a pair of demux 32 and mux 34. The demultiplexer 32 frames the data sent on each

subchannel.  Multiplexer 34 uses the subchannel framing in reassembling the original

data frames, see 0058-0059. (2) The transmitter and receiver modem communicate

over a channel 26, which is made up of multiple subchannels 28 , labeled channel 1

through channel K. Subchannels 28 may be physically separate wires (or wire pairs).

Alternatively, the subchannels may simply be different partitions on a common wire

pair, occupying different time or frequency slots, and each subchannel has its own data

rate, referred to here as R1, R2, see 0057.

It would have been obvious to one of ordinary skill in the art, at the time invention

was made, to configure a demux (transmitter multiplexer), a mux (receiver multiplexer)

communicating over a multi- links comprising sub-channels as taught by Amidan into

the system of the APA so that a demux at the access node 10-fig.1 could distribute ATM

cells in stream to a mux at the B-NT 20 for processing via a plurality multi-links

Application/Control Number: 10/264,258                                Page 5
Art Unit: 2616

comprising sub-channels that has been configured into separate wire pair, wherein each

ATM stream associated with a separate sub-channel wire pair.  The motivation is to

provide multi-link communication systems that minimize data latency and buffering

requirements associated with multiplexing the data over different sub-channels.

Regarding claims 2-3, the APA discloses all claimed limitations, except each of

the plurality of ATM sub-streams is associated with an ADSL multiple twisted wire pair,

and wherein different data rates can be assigned to each of the plurality of ATM sub-

streams.

Amidan discloses data partitioning for multi-link transmission. Fig. 1 discloses a

pair of demux 32 and mux 34. The demultiplexer 32 frames the data sent on each

subchannel.  Multiplexer 34 uses the subchannel framing in reassembling the original

data frames, see 0058-0059. The transmitter and receiver modem communicate over a

channel 26, which is made up of multiple subchannels 28, labeled channel 1 through

channel K. Subchannels 28 may be physically separate wires (or wire pairs).

Alternatively, the subchannels may simply be different partitions on a common wire

pair, occupying different time or frequency slots, and each subchannel has its own data

rate, referred to here as R1, R2, see 0057.

It would have been obvious to one of ordinary skill in the art, at the time invention

was made, to configure a demux (transmitter multiplexer), a mux (receiver multiplexer)

communicating over a multi- links comprising sub-channels as taught by Amidan into

the system of the APA so that a demux at the access node 10-fig.1 could distribute ATM

cells in stream to a mux at the B-NT 20 for processing ATM stream via a plurality multi-

links that has been configured into separate wire pair, wherein each ATM stream

associated with a separate sub-channel wire pair (as applied to claim 2), and could

enable each ATM stream has its own data rate (as applied to claim 3). The motivation

is to provide multi-link communication systems that minimize data latency and buffering

requirements associated with multiplexing the data over different sub-channels, and

supporting the various XDSL standards have different data rates and other associated

features but share common principles of operation.

Regarding claim 4, the APA discloses all claimed limitations, except differential

latency can be corrected.

Amidan discloses data partitioning for multi-link transmission. Fig. 1 discloses a

pair of demux 32 and mux 34. The demultiplexer 32 frames the data sent on each

subchannel.  Multiplexer 34 uses the subchannel framing in reassembling the original

data frames, see 0058-0059. The transmitter and receiver modem communicate over a

channel 26, which is made up of multiple subchannels 28, labeled channel 1 through

channel K. Subchannels 28 may be physically separate wires (or wire pairs).

Alternatively, the subchannels may simply be different partitions on a common wire

pair, occupying different time or frequency slots, and each subchannel has its own data

rate, referred to here as R1, R2, see 0057.

The sub-unit 64-fig.5 is configured to process data from different bearers, and to

map the bytes of data from the different bearers into multi-pair payload blocks for

transmission over channel 26-fig.1.  Dynamic rate repartitioning (DRR) can be used to

Application/Control Number: 10/264,258                                      Page 7
Art Unit: 2616

reconfigure the data rate allocation between the different latency paths by modifying

the multiplexing control parameters of sub-unit 64, without changing the total data

rate carried by transmitter 60, see 0116.

It would have been obvious to one of ordinary skill in the art, at the time invention

was made, to reconfigure the different latency paths by modifying the multiplexing

control parameters of sub-unit 64 as taught by Amida into the system of the APA in

order to minimize the latency or to correct the latency between different data rate, and

to support the various XDSL standards having different data rates and other associated

features but share common principles of operation.

Regarding claim 8, please see the rejection of claim 2. In Amidan the multi-links

sub channels could be partitioned onto a common wire pair.  In other words, since a

common wire pair comprises a plurality of subchannels or multi-links, it means that the

wire pair are bonded, see 0057.

Regarding claim 9, this claim has similar limitations as claim 1.  Therefore, it is

rejected under the APA-Amidan for the same reasons set forth in the rejection of claim

1. The APA-fig.1 discloses the VP/VC Mux module 16 and VPI/VCI module 14 to

receive cells from the core network interface element 12, see 0004. Aminda discloses

the demux 32-fig.1 for distributing cells in ATM stream in the system of the APA.

Regarding claim 10, this claim has similar limitations as claim 9.  Therefore, it is

rejected under the APA-Amidan for the same reasons set forth in the rejection of claim

9.  The APA discloses transporting  ATM over DSL.

Application/Control Number: 10/264,258                               Page 8
Art Unit: 2616

     Regarding claim 11, this claim has similar limitations as claim 9. Therefore, it is rejected under the APA-Amidan for the same reasons set forth in the rejection of claim 9. The APA-fig.1 discloses the VP/VC Mux module 16 and VPI/VCI module 14 to receive cells from the core network interface element 12, see 0004.

     Regarding claim 12, this claim has similar limitations as claim 9. Therefore, it is rejected under the APA-Amidan for the same reasons set forth in the rejection of claim 9. The APA-fig.1 discloses the VP/VC Mux module 16 and VPI/VCI module 14 to receive cells from the core network interface element 12, see 0004.

### *Conclusion*

7.     The prior art made of record and not relied upon is considered pertinent to applicant's disclosure. White et al. (US 6,731,678); Ferguson (US 5,287,513);  Yehuda et al.(US 2002/0006128); Fields et al.(US 6,771,671) are cited to show system and methods for multi-pair ATM over DSL, which is considered pertinent to the claimed invention.

8.     Any inquiry concerning this communication or earlier communications from the examiner should be directed to Duc Ho whose telephone number is (571) 272-3147. The examiner can normally be reached on Monday through Friday from 7:00 am to 3:30 pm.

     If attempt to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Wellington Chin, can be reached on (571) 272-3134.

9.     Any inquiry concerning this communication or earlier communications from the examiner should be directed to Duc Ho whose telephone number is (571) 272-3147.

Application/Control Number: 10/264,258                                    Page 9
Art Unit: 2616

The examiner can normally be reached on Monday through Friday from 7:00 am to 3:30 pm.

     If attempt to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Wellington Chin, can be reached on (571) 272-3134.

     Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (571) 272-2600.

     The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

10.    Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Patent Examiner

Duc Ho

10-13-06

PTO/SB/08A (10-01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | 10/264,258 |
| Filing Date | October 4, 2002 |
| First Named Inventor | Marcos C. TZANNES et al. |
| Art Unit | 2661  2616 |
| Examiner Name | Unknown |

| Sheet | 1 | of | 1 | Attorney Docket Number | 081513-248 |
|---|---|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initials[1] | Cite No.[1] | U.S. Patent Document Number - Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| DH | | US- 6,222,858 B1 | 04-24-2001 | Counterman | |
| DH | | US- 6,258,878 B1 | 06-26-2001 | Locklear Jr. et al. | |
| DH | | US-6,286,049 B1 | 09-04-2001 | Rajakarunanayake et al. | |
| | | US- | | | |
| | | US- | | | RECEIVED |
| | | US- | | | |
| | | US- | | | APR 1 0 2003 |
| | | US- | | | |
| | | US- | | | Technology Center 2600 |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials[1] | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] | Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Application of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER PRIOR ART – NON PATENT LITERATURE DOCUMENTS

| Examiner Initials[1] | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| DH | | International Preliminary Examination Report, Date of Mailing March 24, 2003 | |
| | | | |
| | | | |

| Examiner Signature | *Such Itto* | Date Considered | 10-13-06 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

NVA261153.1

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| **_Notice of References Cited_** | | Application/Control No. 10/264,258 | TZANNES ET AL. |
| | | Examiner Duc C. Ho | Art Unit 2616 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,731,678 | 05-2004 | White et al. | 375/219 |
| * | B | US-2002/0181458 | 12-2002 | Amidan et al. | 370/389 |
| * | C | US-5,287,513 | 02-1994 | Ferguson, Stephen P. | 370/360 |
| * | D | US-2002/0006128 | 01-2002 | Yehuda et al. | 370/390 |
| * | E | US-6,771,671 | 08-2004 | Fields et al. | 370/514 |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

Bib Data Sheet

**CONFIRMATION NO. 3342**

| SERIAL NUMBER | FILING OR 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 10/264,258 | 10/04/2002 **RULE** | 370 | 2664 | 081513-248 |

**APPLICANTS**

Marcos C. Tzannes, Orinda, CA;
Edmund Reiter, Lincoln, MA;
Christopher Cahill, Northboro, MA;

** CONTINUING DATA ***************   *Yes IPH*

This appln claims benefit of 60/327,440 10/05/2001

** FOREIGN APPLICATIONS *************   *No. IPH*

IF REQUIRED, FOREIGN FILING LICENSE GRANTED
** 11/14/2002

| Foreign Priority claimed ☐ yes ☑ no | STATE OR COUNTRY CA | SHEETS DRAWING 7 | TOTAL CLAIMS 13 | INDEPENDENT CLAIMS 5 |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☑ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged   Examiner's Signature   *PH*   Initials | | | | |

**ADDRESS**

000181

**TITLE**

Systems and methods for multi-pair ATM over DSL

| FILING FEE RECEIVED 1048 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/264,258 | TZANNES ET AL. |
| | Examiner | Art Unit |
| | Duc C. Ho | 2616 |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| East (USPAT; US-PGPUB) 370/395.1; 535; 465 and text Text search only | 10/13/2006 | DH |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Part of Paper No.  20061013

## Index of Claims

| | |
|---|---|
| Application/Control No. | Applicant(s)/Patent under Reexamination |
| 10/264,258 | TZANNES ET AL. |
| Examiner | Art Unit |
| Duc C. Ho | 2616 |

| | | | |
|---|---|---|---|
| √ | Rejected | − | (Through numeral) Cancelled |
| = | Allowed | ÷ | Restricted |

| | | | |
|---|---|---|---|
| N | Non-Elected | A | Appeal |
| I | Interference | O | Objected |

| Final | Original | 10/13/06 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | √ | | | | | | | |
| | 2 | √ | | | | | | | |
| | 3 | √ | | | | | | | |
| | 4 | √ | | | | | | | |
| | 5 | o | | | | | | | |
| | 6 | o | | | | | | | |
| | 7 | o | | | | | | | |
| | 8 | √ | | | | | | | |
| | 9 | √ | | | | | | | |
| | 10 | √ | | | | | | | |
| | 11 | √ | | | | | | | |
| | 12 | √ | | | | | | | |
| | 13 | | | | | | | | |
| | 14 | | | | | | | | |
| | 15 | | | | | | | | |
| | 16 | | | | | | | | |
| | 17 | | | | | | | | |
| | 18 | | | | | | | | |
| | 19 | | | | | | | | |
| | 20 | | | | | | | | |
| | 21 | | | | | | | | |
| | 22 | | | | | | | | |
| | 23 | | | | | | | | |
| | 24 | | | | | | | | |
| | 25 | | | | | | | | |
| | 26 | | | | | | | | |
| | 27 | | | | | | | | |
| | 28 | | | | | | | | |
| | 29 | | | | | | | | |
| | 30 | | | | | | | | |
| | 31 | | | | | | | | |
| | 32 | | | | | | | | |
| | 33 | | | | | | | | |
| | 34 | | | | | | | | |
| | 35 | | | | | | | | |
| | 36 | | | | | | | | |
| | 37 | | | | | | | | |
| | 38 | | | | | | | | |
| | 39 | | | | | | | | |
| | 40 | | | | | | | | |
| | 41 | | | | | | | | |
| | 42 | | | | | | | | |
| | 43 | | | | | | | | |
| | 44 | | | | | | | | |
| | 45 | | | | | | | | |
| | 46 | | | | | | | | |
| | 47 | | | | | | | | |
| | 48 | | | | | | | | |
| | 49 | | | | | | | | |
| | 50 | | | | | | | | |

| Final | Original | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | | |
| | 52 | | | | | | | | |
| | 53 | | | | | | | | |
| | 54 | | | | | | | | |
| | 55 | | | | | | | | |
| | 56 | | | | | | | | |
| | 57 | | | | | | | | |
| | 58 | | | | | | | | |
| | 59 | | | | | | | | |
| | 60 | | | | | | | | |
| | 61 | | | | | | | | |
| | 62 | | | | | | | | |
| | 63 | | | | | | | | |
| | 64 | | | | | | | | |
| | 65 | | | | | | | | |
| | 66 | | | | | | | | |
| | 67 | | | | | | | | |
| | 68 | | | | | | | | |
| | 69 | | | | | | | | |
| | 70 | | | | | | | | |
| | 71 | | | | | | | | |
| | 72 | | | | | | | | |
| | 73 | | | | | | | | |
| | 74 | | | | | | | | |
| | 75 | | | | | | | | |
| | 76 | | | | | | | | |
| | 77 | | | | | | | | |
| | 78 | | | | | | | | |
| | 79 | | | | | | | | |
| | 80 | | | | | | | | |
| | 81 | | | | | | | | |
| | 82 | | | | | | | | |
| | 83 | | | | | | | | |
| | 84 | | | | | | | | |
| | 85 | | | | | | | | |
| | 86 | | | | | | | | |
| | 87 | | | | | | | | |
| | 88 | | | | | | | | |
| | 89 | | | | | | | | |
| | 90 | | | | | | | | |
| | 91 | | | | | | | | |
| | 92 | | | | | | | | |
| | 93 | | | | | | | | |
| | 94 | | | | | | | | |
| | 95 | | | | | | | | |
| | 96 | | | | | | | | |
| | 97 | | | | | | | | |
| | 98 | | | | | | | | |
| | 99 | | | | | | | | |
| | 100 | | | | | | | | |

| Final | Original | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 101 | | | | | | | | |
| | 102 | | | | | | | | |
| | 103 | | | | | | | | |
| | 104 | | | | | | | | |
| | 105 | | | | | | | | |
| | 106 | | | | | | | | |
| | 107 | | | | | | | | |
| | 108 | | | | | | | | |
| | 109 | | | | | | | | |
| | 110 | | | | | | | | |
| | 111 | | | | | | | | |
| | 112 | | | | | | | | |
| | 113 | | | | | | | | |
| | 114 | | | | | | | | |
| | 115 | | | | | | | | |
| | 116 | | | | | | | | |
| | 117 | | | | | | | | |
| | 118 | | | | | | | | |
| | 119 | | | | | | | | |
| | 120 | | | | | | | | |
| | 121 | | | | | | | | |
| | 122 | | | | | | | | |
| | 123 | | | | | | | | |
| | 124 | | | | | | | | |
| | 125 | | | | | | | | |
| | 126 | | | | | | | | |
| | 127 | | | | | | | | |
| | 128 | | | | | | | | |
| | 129 | | | | | | | | |
| | 130 | | | | | | | | |
| | 131 | | | | | | | | |
| | 132 | | | | | | | | |
| | 133 | | | | | | | | |
| | 134 | | | | | | | | |
| | 135 | | | | | | | | |
| | 136 | | | | | | | | |
| | 137 | | | | | | | | |
| | 138 | | | | | | | | |
| | 139 | | | | | | | | |
| | 140 | | | | | | | | |
| | 141 | | | | | | | | |
| | 142 | | | | | | | | |
| | 143 | | | | | | | | |
| | 144 | | | | | | | | |
| | 145 | | | | | | | | |
| | 146 | | | | | | | | |
| | 147 | | | | | | | | |
| | 148 | | | | | | | | |
| | 149 | | | | | | | | |
| | 150 | | | | | | | | |