IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br>        Plaintiff,<br>   v.<br>2WIRE, INC.<br>        Defendant. | Civil Action No. 13-cv-1835-RGA |
| TQ DELTA, LLC,<br>        Plaintiff,<br>   v.<br>ZHONE TECHNOLOGIES, INC.<br>        Defendant. | Civil Action No. 13-cv-1836-RGA |
| TQ DELTA, LLC,<br>        Plaintiff,<br>   v.<br>ZYXEL COMMUNICATIONS, INC.<br>and<br>ZYXEL COMMUNICATIONS CORPORATION,<br>        Defendants. | Civil Action No. 13-cv-2013-RGA |
| TQ DELTA, LLC,<br>        Plaintiff,<br>   v.<br>ADTRAN, INC.<br>        Defendant. | Civil Action No. 14-cv-954-RGA |
| ADTRAN, INC,<br>        Plaintiff,<br>   v.<br>TQ DELTA, LLC.<br>        Defendant. | Civil Action No. 15-cv-121-RGA |

**FAMILY 3 PATENTS JOINT CLAIM CONSTRUCTION CHART**

Pursuant to ¶ 9 of the Court's Third and Final Scheduling Order, dated April 10, 2017, Plaintiff TQ Delta, LLC and Defendants in the above-captioned cases submit their Joint Claim Construction Chart ("Chart") for the Family 3 Patents (U.S. Patent Nos. 7,831,890 ("the '890 patent"), 7,836,381 ("the '381 patent"), 7,844,882 ("the '882 patent"), 8,276,048 ("the '048

patent"), 8,495,473 ("the '873 patent") and 8,607,126 ("the '126 patent")).  The Chart attached as Exhibit A includes the parties' respective proposed constructions of the disputed language of the asserted claims of the Family 3 Patents.  The Chart includes citations to the parties' intrinsic evidence in support of such constructions.  For the Court's reference, also included in Exhibit A are the parties' agreed to constructions for language of the asserted claims.  The parties reserve their rights to amend and/or supplement their disclosures.

In addition to the Joint Claim Construction Chart attached as Exhibit A, copies of the Family 3 Patents and additional portions of the intrinsic record are attached as Exhibits B–H:

| Exhibit | Description |
|---|---|
| B | '890 patent |
| C | '381 patent |
| D | '048 patent |
| E | '473 patent |
| F | '873 patent |
| G | '126 patent |
| H | Excerpts of the '890 patent file history |

| | |
|---|---|
| Dated: May 31, 2017 | Respectfully submitted, |
| FARNAN LLP | Morgan Lewis & Bockius LLP |
| /s/ Michael J. Farnan | /s/ Jody Barillare |
| Brian E. Farnan (Bar No. 4089) | Colm F. Connolly (Bar No. 3151) |
| Michael J. Farnan (Bar No. 5165) | Jody Barillare (Bar No. 5106) |
| 919 North Market Street, 12th Floor | The Nemours Building |
| Wilmington, Delaware 19801 | 1007 N. Orange Street, Suite 501 |
| (302) 777-0300 | Wilmington, DE 19801 |
| (302) 777-0301 (Fax) | (302) 574-7290 |
| bfarnan@farnanlaw.com | (302) 574-3001 |
| mfarnan@farnanlaw.com | colm.connolly@morganlewis.com |
| | jody.barillare@morganlewis.com |
| *Counsel for Plaintiff TQ Delta, LLC* | |
| | *Attorneys for Defendant 2WIRE LLC* |
| MORRIS JAMES LLP | Seitz, Van Ogtrop, & Green, P.A. |
| /s/ Kenneth L. Dorsney | /s/ Jared T. Green |
| Kenneth L. Dorsney (Bar No. 3726) | James S. Green (Bar No. 481) |
| 500 Delaware Avenue, Suite 1500 | Jared T. Green (Bar No. 5179) |
| Wilmington, Delaware 19801 | 222 Delaware Avenue, Suite 1500 |
| (302) 888-6800 | P. O. Box 68 |
| kdorsney@morrisjames.com | Wilmington, DE 19899 |
| | (302) 888-0600 |
| *Attorneys for Defendants Zyxel Communications Inc. et. al.* | (302) 888-0606 (Fax) |
| | green@svglaw.com |
| | jtgreen@svglaw.com |
| | *Counsel for Defendant Zhone Technologies, Inc.* |
| | MORRIS JAMES LLP |
| | /s/ Kenneth L. Dorsney |
| | Kenneth L. Dorsney (Bar No. 3726) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, Delaware 19801 |
| | (302) 888-6800 |
| | kdorsney@morrisjames.com |
| | *Attorneys for Defendant Adtran Inc.* |