IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br>　　　　Plaintiff,<br>　v.<br>2WIRE, INC.<br>　　　　Defendant. | Civil Action No. 13-cv-1835-RGA |
| TQ DELTA, LLC,<br>　　　　Plaintiff,<br>　v.<br>ZHONE TECHNOLOGIES, INC.<br>　　　　Defendant. | Civil Action No. 13-cv-1836-RGA |
| TQ DELTA, LLC,<br>　　　　Plaintiff,<br>　v.<br>ZYXEL COMMUNICATIONS, INC.<br>and<br>ZYXEL　　　COMMUNICATIONS<br>CORPORATION,<br>　　　　Defendants. | Civil Action No. 13-cv-2013-RGA |
| TQ DELTA, LLC,<br>　　　　Plaintiff,<br>　v.<br>ADTRAN, INC.<br>　　　　Defendant. | Civil Action No. 14-cv-954-RGA |
| ADTRAN, INC,<br>　　　　Plaintiff,<br>　v.<br>TQ DELTA, LLC.<br>　　　　Defendant. | Civil Action No. 15-cv-121-RGA |

**FAMILY 4 PATENTS JOINT CLAIM CONSTRUCTION CHART**

Pursuant to ¶ 9 of the Court's Third and Final Scheduling Order, dated April 10, 2017, Plaintiff TQ Delta, LLC and Defendants in the above-captioned cases submit their Joint Claim Construction Chart ("Chart") for the Family 4 Patents (U.S. Patent Nos. 7,292,627 ("the '627 patent"), 8,073,041 ("the '041 patent"), 8,090,008 ("the '008 patent"), 8,218,610 ("the '610

patent"), and 8,355,427 ("the '427 patent")), hereinafter the "Family 4 Patents,".  The Chart attached as Exhibit A includes the parties' respective proposed constructions of the disputed language of the asserted claims of the Family 4 Patents.  The Chart includes citations to the parties' intrinsic evidence in support of such constructions.  For the Court's reference, also included in Exhibit A are the parties' agreed to constructions for language of the asserted claims.  The parties reserve their rights to amend and/or supplement their disclosures.

In addition to the Joint Claim Construction Chart attached as Exhibit A, copies of the Family 4 Patents and additional portions of the intrinsic record are attached as Exhibits B–H.

| Exhibit | Description |
|---|---|
| B | '627 patent |
| C | '041 patent |
| D | '008 patent |
| E | '610 patent |
| F | '427 patent |
| G | U.S. Provisional Patent Application No. 60/164,134 |

| | |
|---|---|
| Dated: June 5, 2017 | Respectfully submitted, |
| FARNAN LLP | Morgan Lewis & Bockius LLP |
| /s/ Michael J. Farnan | /s/ Jody Barillare |
| Brian E. Farnan (Bar No. 4089) | Colm F. Connolly (Bar No. 3151) |
| Michael J. Farnan (Bar No. 5165) | Jody Barillare (Bar No. 5106) |
| 919 North Market Street, 12th Floor | The Nemours Building |
| Wilmington, Delaware 19801 | 1007 N. Orange Street, Suite 501 |
| (302) 777-0300 | Wilmington, DE 19801 |
| (302) 777-0301 (Fax) | (302) 574-7290 |
| bfarnan@farnanlaw.com | (302) 574-3001 |
| mfarnan@farnanlaw.com | colm.connolly@morganlewis.com |
| | jody.barillare@morganlewis.com |
| *Counsel for Plaintiff TQ Delta, LLC* | |
| | *Attorneys for Defendant 2WIRE LLC* |
| MORRIS JAMES LLP | Seitz, Van Ogtrop, & Green, P.A. |
| /s/ Kenneth L. Dorsney | /s/ Jared T. Green |
| Kenneth L. Dorsney (Bar No. 3726) | James S. Green (Bar No. 0481) |
| 500 Delaware Avenue, Suite 1500 | Jared T. Green (Bar No. 5179) |
| Wilmington, Delaware 19801 | 222 Delaware Avenue, Suite 1500 |
| (302) 888-6800 | P. O. Box 68 |
| kdorsney@morrisjames.com | Wilmington, DE 19899 |
| | (302) 888-0600 |
| *Attorneys for Defendants Zyxel Communications Inc. et. al.* | (302) 888-0606 (Fax) |
| | jgreen@svglaw.com |
| | jtgreen@svglaw.com |
| | *Counsel for Defendant Zhone Technologies, Inc..* |
| | MORRIS JAMES LLP |
| | /s/ Kenneth L. Dorsney |
| | Kenneth L. Dorsney (Bar No. 3726) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, Delaware 19801 |
| | (302) 888-6800 |
| | kdorsney@morrisjames.com |
| | *Attorneys for Defendant Adtran Inc.* |