# EXHIBIT A

## PARTIES' JOINT CLAIM CONSTRUCTION CHART FOR FAMILY 5 PATENTS

| Disputed Claim Term | Patent, Asserted Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| preamble | '379 patent, claim 11, 16 | Preamble is limiting. | Preamble is not limiting. |
| "transceiver" | '958 patent, claims 14, 19<br><br>'337 patent, claims 10, 16 | "communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry"<br><br>Intrinsic Evidence:<br><br>Ex. B ('379 patent) at Fig. 1, Fig. 5, 4:34-4:41, 5:12-15, 5:25-31.[1] | "communications device capable of transmitting and receiving data"<br><br>Intrinsic Evidence:<br><br>Ex. B ('379 patent) at 4:34-54, 5:12-30, Figure 1. |
| "PERp" | '379 patent, claims 11, 16<br><br>'958 patent, claims 14, 19<br><br>'337 patent, claims 10, 16 | "repetition period of the CRC computations"<br><br>Intrinsic Evidence:<br><br>Ex. B ('379 patent) at 1:19-51, 1:65 – 2:67, 4:21-24, 5:40-44. | '379 claims 11, 16 (in the alternative, if preamble found limiting)<br><br>"period of time over which the CRC is computed"<br><br>Intrinsic Evidence:<br><br>Ex. B ('379 patent) at 1:35-50, 4:23-25.<br><br>*See also* '379 patent claim 11, '958 patent claim 14, '778 patent claim 1, '337 patent claim 10. |
| "CRC bit[s] computation module" | '379 patent, claims 11, 16<br><br>'958 patent, claims 14, 19 | A CRC bits computation module is a class of hardware and/or software structures that perform the limited function of computing the CRC (cyclic redundancy checksum) bits (i.e., CRC octet) from a bit stream.<br><br>Intrinsic Evidence:<br><br>Ex. B ('379 patent) at Fig. 1, Fig. 3, 1:19-29, 4:42-53, 5:12-24. 5:30-32. | Governed by 112, para 6. No structure described, indefinite under *Williamson*.<br><br>Function ('379): determine a local CRC octet based on a received bit stream<br><br>Function ('958): determine a local CRC octet based on a transmitted or received bit stream<br><br>Structure: Indefinite |

---

[1] The '379, '958, '778, and '337 share a common disclosure. For brevity, this document cites only to the '379 patent.

2

| Disputed Claim Term | Patent, Asserted Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| "CRC bit[s] comparison module" | '379 patent, claims 11, 16<br><br>'958 patent, claims 14, 19 | A CRC bits comparison module is a class of hardware and/or software structures that perform the limited function of comparing one set of CRC bits (e.g., local CRC octet) to another set of CRC bits (e.g., received CRC octet).<br><br>Intrinsic Evidence:<br><br>Ex. B ('379 patent) at Fig. 1, Fig. 3, 1:29-32, 4:48-53, 5:32-40. | Governed by 112, para 6. No structure described, indefinite under *Williamson*.<br><br>Function: compare the local CRC octet to a received CRC octet<br><br>Structure: Indefinite |
| "CRC error [reporting] module" | '379 patent, claims 11, 16<br><br>'958 patent, claims 14, 19 | A CRC error [reporting] module is a class of hardware and/or software structures that perform the limited function of identifying a CRC anomaly when one set of CRC bits (e.g., local CRC octet) is not identical to another set of CRC bits (e.g., received CRC octet).<br><br>Intrinsic Evidence:<br><br>Ex. B ('379 patent) at Fig. 1, Fig. 3, Fig. 5, 1:32-34, 4:48-53, 5:32-40, 4:54-59, 5:44-52, 5:65 – 6:6, 8:63-67, 9:27-36. | Governed by 112, para 6. No structure described, indefinite under *Williamson*.<br><br>Function: identify a CRC anomaly when the local CRC octet is not identical to the received CRC octet<br><br>Structure: Indefinite |
| "normalization module" | '379 patent, claims 11, 16<br><br>'958 patent, claims 14, 19 | A normalization module is a class of hardware and/or software structures that perform the limited function of normalizing a quantity (i.e., adjusting a quantity so that the quantity lies in a prescribed range) as specified in the claims.<br><br>Intrinsic Evidence:<br><br>Ex. B ('379 patent) at Fig. 1, Fig. 2, Fig. 3, 4:42-53, 4:54-59, 5:44-52, 6:10-50, 7:1-41, 7:53-55, 8:63-67. | '379 claims 11, 16 (in the alternative, if preamble found limiting)<br><br>Governed by 112, para 6. No structure described, indefinite under *Williamson*.<br><br>Function: normalize a CRC anomaly counter based on a value for a CRC computation period (PERp)<br><br>Structure: Indefinite |

| **Disputed Claim Term** | **Patent, Asserted Claims** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** |
|---|---|---|---|
| "to normalize / normalizing a CRC anomaly counter" | '379 patent, claims 11, 16<br><br>'958 patent, claims 14, 19<br><br>'778 patent, claims 1, 3<br><br>'337 patent, claims 10, 16 | "to adjust / adjusting a CRC anomaly counter quantity so that the quantity lies in a prescribed range"<br><br>Intrinsic Evidence:<br><br>Ex. B ('379 patent) at Fig. 1, Fig. 2, Fig. 3, Fig. 5, 1:65 – 2:67, 4:42-66, 5:44-52, 6:10-50, 7:1-41, 7:53-55, 8:63-67. | "to increment / incrementing the CRC anomaly counter"<br><br>Intrinsic Evidence:<br><br>Ex. B ('379 patent) at 5:44-52. |
| "a Severely Errored Second is declared if there are more than N CRC anomalies in a second" | '778 patent claim 1, 3 | "a bit stream received over a second is declared to be severely errored if the normalized amount of CRC anomalies in that second is greater than a specified number N"<br><br>Intrinsic Evidence:<br><br>Ex. B ('379 patent) at 1:40-45, 1:65 – 2:3, 4:61 – 5:2, 8:10-11, 8:44-49, 9:31-36. | Indefinite |
| "declare a Severely Errored Second when there are more than N CRC anomalies in a period of time" | '337 patent, claims 10, 16 | "a bit stream received over a period of time is declared to be severely errored if the normalized amount of CRC anomalies over that period of time is greater than a specified number N"<br><br>Intrinsic Evidence:<br><br>Ex. B ('379 patent) at 1:40-45, 1:65 – 2:3, 4:61 – 5:2, 8:10-11, 8:44-49, 9:31-36. | Indefinite |
| "Severely Errored Second" | '778 patent claim 1, 3<br><br>'337 patent, claims 10, 16 | Should be construed in context.  (See above.) | "18 or more CRC anomalies in a 1-second interval"<br><br>Intrinsic Evidence:<br><br>Ex. B ('379 patent) at 1:40-43, 1:65-2:7, 4:66-5:2. |
| "N CRC anomalies" | '778 patent, claim 1, 3<br><br>'337 patent, claims 10, 16 | Should be construed in context.  (See above.) | Indefinite |

4

| Claim Term | Patent, Claims | Agreed Construction |
|---|---|---|
| preamble | '958 patent, claim 14, 19<br><br>'778 patent, claim 1, 3<br><br>'337 patent, claim 10, 16 | Parties agree that the preamble is not limiting. |