# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br>　　　　　Plaintiff,<br>　　v.<br>2WIRE, INC.<br>　　　　　Defendant. | Civil Action No. 13-cv-1835-RGA |
| TQ DELTA, LLC,<br>　　　　　Plaintiff,<br>　　v.<br>ZHONE TECHNOLOGIES, INC.<br>　　　　　Defendant. | Civil Action No. 13-cv-1836-RGA |
| TQ DELTA, LLC,<br>　　　　　Plaintiff,<br>　　v.<br>ZYXEL COMMUNICATIONS, INC.<br>and<br>ZYXEL COMMUNICATIONS CORPORATION,<br>　　　　　Defendants. | Civil Action No. 13-cv-2013-RGA |
| TQ DELTA, LLC,<br>　　　　　Plaintiff,<br>　　v.<br>ADTRAN, INC.<br>　　　　　Defendant. | Civil Action No. 14-cv-954-RGA |
| ADTRAN, INC,<br>　　　　　Plaintiff,<br>　　v.<br>TQ DELTA, LLC.<br>　　　　　Defendant. | Civil Action No. 15-cv-121-RGA |

## FAMILY 6 PATENTS JOINT CLAIM CONSTRUCTION CHART

Pursuant to ¶ 9 of the Court's Third and Final Scheduling Order, dated April 10, 2017, Plaintiff TQ Delta, LLC and Defendants in the above-captioned cases submit their Joint Claim Construction Chart ("Chart") for the Family 6 Patents (U.S. Patent Nos. 8,462,835 ("the '835 patent"), and US 8,594,162 ("the '162 patent")). The Chart attached as Exhibit A includes the parties' respective proposed constructions of the disputed language of the asserted claims of the Family 6 Patents. The Chart includes citations to the parties' intrinsic evidence in support of such constructions. For the Court's reference, also included in Exhibit A are the parties' agreed to constructions for language of the asserted claims. The parties reserve their rights to amend and/or supplement their disclosures.

In addition to the Joint Claim Construction Chart attached as Exhibit A, copies of the Family 6 Patents and additional portions of the intrinsic record are attached as Exhibits B–E:

| Exhibit | Description |
|---|---|
| B | '835 patent |
| C | '162 patent |
| D | U.S. Prov. Appl. No. 60/549804 |
| E | ITU-T G.992.3 (7/2002) (excerpt) |

| | |
|---|---|
| Dated: August 23, 2017 | Respectfully submitted, |
| FARNAN LLP | Morgan Lewis & Bockius LLP |
| /s/ Michael J. Farnan | /s/ Jody Barillare |
| Brian E. Farnan (#4089) | Colm F. Connolly (#3151) |
| Michael J. Farnan (#5165) | Jody Barillare (#5106) |
| 919 North Market Street, 12th Floor | The Nemours Building |
| Wilmington, Delaware 19801 | 1007 N. Orange Street, Suite 501 |
| (302) 777-0300 | Wilmington, DE 19801 |
| (302) 777-0301 (Fax) | (302) 574-7290 |
| bfarnan@farnanlaw.com | (302) 574-3001 |
| mfarnan@farnanlaw.com | colm.connolly@morganlewis.com |
| | jody.barillare@morganlewis.com |
| *Counsel for Plaintiff TQ Delta, LLC* | |
| | *Attorneys for Defendant 2WIRE LLC* |
| MORRIS JAMES LLP | Seitz, Van Ogtrop, & Green, P.A. |
| /s/ Kenneth L. Dorsney | /s/ Jared T. Green |
| Kenneth L. Dorsney (Bar No. 3726) | James S. Green, Sr. (#481) |
| 500 Delaware Avenue, Suite 1500 | Jared T. Green (#5179) |
| Wilmington, Delaware 19801 | 222 Delaware Avenue, Suite 1500 |
| (302) 888-6800 | Wilmington, DE 19801 |
| kdorsney@morrisjames.com | (302) 888-0600 |
| | (302) 888-0606 |
| *Attorneys for Defendants Zyxel Communications Inc. et. al.* | jgreen@svglaw.com |
| | jtgreen@svglaw.com |
| | *Counsel for Defendant Zhone Technologies, Inc..* |
| | MORRIS JAMES LLP |
| | /s/ Kenneth L. Dorsney |
| | Kenneth L. Dorsney (Bar No. 3726) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, Delaware 19801 |
| | (302) 888-6800 |
| | kdorsney@morrisjames.com |
| | *Attorneys for Defendant Adtran Inc.* |