# EXHIBIT A

## PARTIES' JOINT CLAIM CONSTRUCTION CHART

## FOR FAMILY 6 PATENTS

| Disputed Claim Term | Patent, Asserted Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| "transceiver" | '835 patent, claims 8, 10 | "communications device capable of transmitting and receiving data wherein the transmitter portion and receiver portion share at least some common circuitry"<br><br>Intrinsic Evidence:<br>Ex. B ('835 patent) at Fig. 1, Fig. 2, 5:7-10, 7:67 – 8: 20.[1] | "communications device capable of transmitting and receiving data"<br><br>Intrinsic Evidence<br>*See, e.g.*, '835 at Abstract; 3:28-31; 4:32-36; 5:7-10; 7:67-8:8.[2] |
| "flag signal" | '835 patent, claims 8, 10 | "inverted sync symbol or sync flag used to synchronize the switch to using an updated FIP setting"<br><br>Intrinsic Evidence:<br>Ex. B ('835 patent) at 11:4-9, 11:66 – 12:37. | "signal indicating when updated FIP settings are to be used"<br><br>Intrinsic Evidence<br>*See, e.g.*, '835 at 11:66-12:5; 12:25-37; 19:15-22; Fig. 6. |
| "flag signal" | '162 patent, claims 8, 9 | "inverted sync symbol or sync flag used to synchronize the change to using an updated interleaver parameter value"<br><br>Intrinsic Evidence:<br>Ex. B ('835 patent) at 11:4-9, 11:66 – 12:37. | ADTRAN's Proposal:<br>"signal indicating when an updated interleaver parameter value is to be used"<br><br>Intrinsic Evidence<br>*See, e.g.*, '162 at 12:1-7; 12:25-37; 19:14-21; Fig. 6.[3] |

---

[1] The '835, and '162 patents share a common disclosure. For brevity, this document cites only to the '835 patent.
[2] Defendants citations are to US Patent No. 8,462,835 (Ex. B)
[3] Defendant ADTRAN's citations are to US Patent No. 8,594,162 (Ex. C)

| Disputed Claim Term | Patent, Asserted Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | | |
| "interleaver parameter value" | '835 patent, claim 10<br>'162 Patent, claim 8 | "numerical value of an interleaver depth parameter"<br><br>Intrinsic Evidence:<br>Ex. B ('835 patent) at 1:60 – 2:33, 3:37-47, 12:40-64, 13:16-37, 13:43-53;<br>Ex. D (U.S. Prov. Appl. No. 60/549804) at p. 18;<br>Ex. E (ITU-T G.992.3 (7/2002)) at § 7.5, § 7.7.1.4, and § 7.7.1.5. | "the numerical value of the interleaver depth in number of codewords"<br><br>Intrinsic Evidence<br>*See, e.g.*, '835 at 2:2-15; 2:22-25.<br>*See, e.g.*, '162 at 2:4-12; 2:20-23. |
| "FIP setting" | '835 patent, claims 8, 10 | "set including at least one forward error correction parameter value and at least one interleaver parameter value"<br><br>Intrinsic Evidence:<br>Ex. B ('835 patent) at 1:60 – 2:33, 3:37-47, 12:40-64, 13:16-37, 13:43-53;<br>Ex. D (U.S. Prov. Appl. No. 60/549804) at p. 18;<br>Ex. E (ITU-T G.992.3 (7/2002)) at § 7.5, § 7.7.1.4, and § 7.7.1.5. | "forward error correction and interleaver parameters characterized by the set of parameters for codeword size in bytes, number of information bytes in a codeword, number of parity or redundancy bytes in a codeword, and interleaver depth in number of codewords"<br><br>Intrinsic Evidence<br>*See, e.g.*, '835 at Abstract; 2:11-15; 2:22-25; 3:37-47; 12:39-50; 13:15-28; 13:43-45. |

| Disputed Claim Term | Patent, Asserted Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| "FIP value" | '835 patent, claims 8, 10 | "numerical value of a forward error correction parameter or numerical value of an interleaver parameter"<br><br>Intrinsic Evidence:<br>Ex. B ('835 patent) at 1:60 – 2:33, 3:37-47, 12:40-64, 13:16-37, 13:43-53; Ex. D (U.S. Prov. Appl. No. 60/549804) at p. 18; Ex. E (ITU-T G.992.3 (7/2002)) at § 7.5, § 7.7.1.4, and § 7.7.1.5. | "numerical value of codeword size in bytes, number of information bytes in a codeword, number of parity or redundancy bytes in a codeword, or interleaver depth in number of codewords"<br><br>Intrinsic Evidence<br>See, e.g., '835 at 2:11-15; 3:62-66; 9:61-10:4. |
| "the switching occurs on a pre-defined forward error correction codeword boundary" | '835 patent, claims 8, 10 | "the switching to an updated FIP setting is effective on the boundary of a forward error correction codeword where the position of the boundary of each codeword is known prior to the switching"<br><br>Intrinsic Evidence:<br>Ex. B ('835 patent) at Fig. 3, Fig. 4, Fig. 6, 8:66 – 9:4, 9:23-29, 11:4-9, 11:66 – 12:37, 18:3-26, 19:14-30. | Indefinite |
| "the second interleaver parameter value is used for transmission on a pre-defined forward error correction codeword boundary" | '162 Patent, claim 8 | "the second interleaver parameter value is used for transmission starting on a boundary of a forward error correction codeword where the position of the boundary of each codeword is known prior to use of the second interleaver parameter value" | ADTRAN's Proposal:<br>Indefinite |

| Disputed Claim Term | Patent, Asserted Claims | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| | | Intrinsic Evidence:<br>Ex. B ('835 patent) at Fig. 3, Fig. 4, Fig. 6, 8:66 – 9:4, 9:23-29, 11:4-9, 11:66 – 12:37, 18:3-26, 19:14-30. | |

| Claim Term | Patent, Claims | Agreed Construction |
| --- | --- | --- |
| Preamble | '835 patent, claims 8, 10 | Parties agree that the preamble is limiting. |
| "steady state" | '835 patent, claims 8, 10 | "the state of the transceiver reached after all initialization and training is completed in which user data is transmitted or received" |