IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TQ DELTA, LLC, | | |
| | Plaintiff, | Civil Action No. 13-cv-1835-RGA |
| v. | | |
| 2WIRE, INC. | | |
| | Defendant. | |
| TQ DELTA, LLC, | | |
| | Plaintiff, | Civil Action No. 13-cv-1836-RGA |
| v. | | |
| ZHONE TECHNOLOGIES, INC. | | |
| | Defendant. | |
| TQ DELTA, LLC, | | |
| | Plaintiff, | Civil Action No. 13-cv-2013-RGA |
| v. | | |
| ZYXEL COMMUNICATIONS, INC. and ZYXEL COMMUNICATIONS CORPORATION, | | |
| | Defendants. | |
| TQ DELTA, LLC, | | |
| | Plaintiff, | Civil Action No. 14-cv-954-RGA |
| v. | | |
| ADTRAN, INC. | | |
| | Defendant. | |
| ADTRAN, INC, | | |
| | Plaintiff, | Civil Action No. 15-cv-121-RGA |
| v. | | |
| TQ DELTA, LLC. | | |
| | Defendant. | |

## **FAMILY 1 PATENTS AMENDED JOINT CLAIM CONSTRUCTION CHART**

Pursuant to ¶ 9 of the Court's Third and Final Scheduling Order, dated April 10, 2017,

Plaintiff TQ Delta, LLC and Defendants in the above-captioned cases submit their Amended

Joint Claim Construction Chart ("Chart") for the Family 1 Patents (U.S. Patent Nos. 7,835,430

("the '430 patent"), 7,889,784 ("the '784 patent"), 8,238,412 ("the '412 patent"), 7,570,686 ("the

'686 patent"), and 8,432,956 ("the '956 patent")).  The Chart attached as Exhibit A includes the

parties' respective proposed constructions of the disputed language of the asserted claims of the

Family 1 Patents.  The Chart includes citations to the parties' intrinsic evidence in support of

such constructions.  For the Court's reference, also included in Exhibit A are the parties' agreed

to constructions for language of the asserted claims.  The parties reserve their rights to amend

and/or supplement their disclosures.

In addition to the Joint Claim Construction Chart attached as Exhibit A, copies of the

Family 1 Patents and additional portions of the intrinsic record are attached as Exhibits B – H:

| Exhibit | Description |
|---------|-------------|
| B | '686 patent |
| C | '430 patent |
| D | '784 patent |
| E | '412 patent |
| F | '956 patent |
| G | U.S. Provisional Patent Application No. 60/224,308 |
| H | Excerpts from the prosecution history of the '686 patent |

Dated: August 31, 2017

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, Delaware  19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiff TQ Delta, LLC*


MORRIS JAMES LLP

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (Bar No. 3726)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendants Zyxel
Communications Inc. et. al.*

Respectfully submitted,

Morgan Lewis & Bockius LLP

/s/ Jody Barillare
Colm F. Connolly (Bar No. 3151)
Jody Barillare (Bar No. 5106)
The Nemours Building
1007 N. Orange Street, Suite 501
Wilmington, DE 19801
(302) 574-7290
(302) 574-3001
colm.connolly@morganlewis.com
jody.barillare@morganlewis.com

*Attorneys for Defendant 2WIRE
LLC*


Seitz, Van Ogtrop, & Green, P.A.

/s/ James S. Green
James S. Green (Bar No. 481)
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
(302) 888-0606 (Fax)
green@svglaw.com

*Counsel for Defendant Zhone Technologies,
Inc..*

MORRIS JAMES LLP

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (Bar No. 3726)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendant Adtran Inc.*