# EXHIBIT L

**ITU-R and ITU-T Recommendations Patent Statement**
**48 item(s) match following criteria:**

### Search for ITU-R and ITU-T Recommendations Patent Statement

Patent holder/organization:

Country:

Licensing option:                                          **All**

Recommendation (or draft):                    **G.992.3**

Patent country:

Patent number:

Patent application number:

Report generated the 30.05.2014 17:13:39

| Statement Id | Recommendation | Patent number | Patent application number | Version of declaration form | License option | Received date | Statement date | Organization |
|---|---|---|---|---|---|---|---|---|
| G992_3-01 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 01 January 1999 (Individual) | 2 | 2001-10-04 | 2001-10-03 | Tioga Technologies |
| G992_3-02 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 01 January 1999 (Individual) | 2 | 2001-10-15 | | Aware, Inc. |
| G992_3-03 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 01 January 1999 (Individual) | 2 | 2002-05-07 | 2002-04-29 | Catena Networks, Inc. |
| G992_3-04 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 01 January 1999 (Individual) | 2 | 2002-07-17 | 2002-07-12 | Motorola Inc. |
| G992_3-05 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 01 January 1999 (Individual) | 2 | 2003-10-20 | 2003-10-17 | Broadcom Corporation |
| G992_3-06 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 01 January 1999 (Individual) | 2 | 2003-10-20 | 2003-10-14 | Fujitsu Ltd. |
| G992_3-07 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | 26 601 31 | None | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-14 | France Telecom |
| G992_3-07 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | 51 97 061 | None | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-14 | France Telecom |
| G992_3-07 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | USRE36430 | None | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-14 | France Telecom |
| G992_3-10 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | 732 219 | None | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-30 | Alcatel |
| G992_3-10 | G.992.3 (ex. G.dmt.x, | 84 17 67 | None | 01 January 1999 | 2 | 2004-05-03 | 2004-04-30 | Alcatel |

| | G.dmt.bis) | | | (Individual) | | | | |
|---|---|---|---|---|---|---|---|---|
| G992_3-10 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | 09/90 65 31 | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-30 | Alcatel |
| G992_3-10 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | 902 577-1-3 | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-30 | Alcatel |
| G992_3-10 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | 6 327 273 | None | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-30 | Alcatel |
| G992_3-10 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | 6 370 156 | None | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-30 | Alcatel |
| G992_3-10 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | 2002-01 18 658-A1 | None | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-30 | Alcatel |
| G992_3-10 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | 6 246 725 | None | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-30 | Alcatel |
| G992_3-10 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | 6 693 881 | None | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-30 | Alcatel |
| G992_3-10 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | 75 39 48 | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-30 | Alcatel |
| G992_3-10 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | 5 790 550 | None | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-30 | Alcatel |
| G992_3-10 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | 10 41 731 | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-30 | Alcatel |
| G992_3-10 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | 6 606 719 | None | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-30 | Alcatel |
| G992_3-19 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | 12 98 907 | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-30 | Alcatel |
| G992_3-24 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 01 January 1999 (Individual) | 2 | 2004-04-27 | 2004-04-26 | Aware, Inc. |
| G992_3-25 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 01 January 1999 (Individual) | 2 | 2005-01-04 | 2005-01-03 | Aware, Inc. |
| G992_3-26 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 10 July 2004 (Individual) | 2 | 2005-04-11 | 2005-04-04 | Paradyne Corporation |
| G992_3-27 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 10 July 2004 (Individual) | 2 | 2005-05-10 | 2005-05-09 | Ciena Corporation |
| G992_3-28 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 10 July 2004 (Individual) | 2 | 2006-08-08 | 2006-07-15 | Freescale Semiconductor, Inc |
| G992_3-29 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | 10/024,020 | 1 March 2007 (Individual, Common Text, General) | 2 | 2007-07-04 | 2007-07-03 | Nortel Networks Limited |
| G992_3-30 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 1 March 2007 (Individual, | 2 | 2008-01-11 | 2008-01-09 | Cisco Systems, Inc. |

| | | | | Common Text, General) | | | | |
|---|---|---|---|---|---|---|---|---|
| G992_3-31 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2008-12-05 | 2008-12-05 | Aware, Inc. |
| G992_3-32 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 23 April 2012 | 2 | 2014-05-19 | 2014-05-13 | TQ DELTA, LLC |
| G992_3_Amd1-01 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | EP 1005755 | None | 01 January 1999 (Individual) | 2 | 2003-04-08 | 2003-03-26 | Intel Corporation |
| G992_3_Amd1-02 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | EP 1005755 | None | 01 January 1999 (Individual) | 2 | 2003-05-05 | 2003-05-05 | Nokia Corporation |
| G992_3_Amd1-03 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2010-01-15 | 2010-01-15 | Aware, Inc. |
| G992_3_Amd2-01 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2010-06-09 | 2010-06-08 | Aware, Inc. |
| G992_3_Amd2-02 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2010-06-10 | 2010-06-08 | Aware, Inc. |
| G992_3_Amd3(2010_10)-01 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2010-10-22 | 2010-10-22 | Aware, Inc. |
| G992_3_Amd3,4-01 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | EP 1005755 | None | 15 June 2002 (Common Text) | 2 | 2004-06-11 | 2004-06-11 | Nokia Corporation |
| G992_3_Amd3-01 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 28 June 2006 (Individual, Common Text, General) | 2 | 2006-12-13 | 2006-12-11 | Adaptive Spectrum and Signal Alignment, Incorporated |
| G992_3_Amd4-02 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 01 January 1999 (Individual) | 2 | 2007-06-27 | 2007-06-26 | Aware, Inc. |
| G992_3_Amd4-03 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2011-10-11 | 2011-10-11 | Aware, Inc. |
| G992_3_Amd5-01 | G.992.3 (ex. G.dmt.x, | None | None | 01 January 1999 | 2 | 2008-02-26 | 2008-02-25 | Aware, Inc. |

| | G.dmt.bis) | | | (Individual) | | | | |
|---|---|---|---|---|---|---|---|---|
| G992_3_Amd5-02 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2008-04-09 | 2008-04-09 | Alcatel Lucent |
| G992_3_Cor_2-01 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2011-02-24 | 2011-02-24 | Aware, Inc. |
| G992_3_Cor_3-01 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 23 April 2012 | 2 | 2013-07-23 | 2013-07-17 | TQ DELTA, LLC |
| Gdmtbis-01 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 01 January 1999 (Individual) | 2 | 1999-06-16 | 1999-06-15 | Alcatel |
| Gdmtbis-02 | G.992.3 (ex. G.dmt.x, G.dmt.bis) | None | None | 01 January 1999 (Individual) | 2 | 2001-12-10 | 2001-12-07 | Texas Instruments |