# EXHIBIT M

**ITU-R and ITU-T Recommendations Patent Statement**
**29 item(s) match following criteria:**

**Search for ITU-R and ITU-T Recommendations Patent Statement**

Patent holder/organization:

Country:

Licensing option:                                              **All**

Recommendation (or draft):                           **G.992.5**

Patent country:

Patent number:

Patent application number:

Report generated the 30.05.2014 17:14:03

| Statement Id | Recommendation | Patent number | Patent application number | Version of declaration form | License option | Received date | Statement date | Organization |
|---|---|---|---|---|---|---|---|---|
| G992_5-01 | G.992.5 (ex. G.adslplus) | None | None | 01 January 1999 (Individual) | 2 | 2003-01-17 | 2003-01-17 | Aware, Inc. |
| G992_5-02 | G.992.5 (ex. G.adslplus) | None | None | 01 January 1999 (Individual) | 2 | 2003-03-06 | 2003-03-06 | Motorola Inc. |
| G992_5-03 | G.992.5 (ex. G.adslplus) | None | None | 01 January 1999 (Individual) | 2 | 2003-04-08 | 2003-03-26 | Intel Corporation |
| G992_5-04 | G.992.5 (ex. G.adslplus) | H11-341153 (publication No. ) | None | 01 January 1999 (Individual) | 2 | 2003-10-20 | 2003-10-14 | Fujitsu Ltd. |
| G992_5-04 | G.992.5 (ex. G.adslplus) | 2003 115814( publication No. ) | None | 01 January 1999 (Individual) | 2 | 2003-10-20 | 2003-10-14 | Fujitsu Ltd. |
| G992_5-04 | G.992.5 (ex. G.adslplus) | 2003 163648 (publication No. ) | None | 01 January 1999 (Individual) | 2 | 2003-10-20 | 2003-10-14 | Fujitsu Ltd. |
| G992_5-04 | G.992.5 (ex. G.adslplus) | 3449373 | None | 01 January 1999 (Individual) | 2 | 2003-10-20 | 2003-10-14 | Fujitsu Ltd. |
| G992_5-04 | G.992.5 (ex. G.adslplus) | None | 2003 35974 | 01 January 1999 (Individual) | 2 | 2003-10-20 | 2003-10-14 | Fujitsu Ltd. |
| G992_5-04 | G.992.5 (ex. G.adslplus) | None | 2003 35973 | 01 January 1999 (Individual) | 2 | 2003-10-20 | 2003-10-14 | Fujitsu Ltd. |
| G992_5-04 | G.992.5 (ex. G.adslplus) | None | 2003 35972 | 01 January 1999 | 2 | 2003-10-20 | 2003-10-14 | Fujitsu Ltd. |

| | | | | (Individual) | | | | |
|---|---|---|---|---|---|---|---|---|
| G992_5-04 | G.992.5 (ex. G.adslplus) | 2000 13520 (publication No. ) | None | 01 January 1999 (Individual) | 2 | 2003-10-20 | 2003-10-14 | Fujitsu Ltd. |
| G992_5-04 | G.992.5 (ex. G.adslplus) | 200 151742 ( publication. No. ) | None | 01 January 1999 (Individual) | 2 | 2003-10-20 | 2003-10-14 | Fujitsu Ltd. |
| G992_5-13 | G.992.5 (ex. G.adslplus) | None | None | 01 January 1999 (Individual) | 2 | 2004-04-29 | | Aware, Inc. |
| G992_5-14 | G.992.5 (ex. G.adslplus) | 26 60 131 | None | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-14 | France Telecom |
| G992_5-14 | G.992.5 (ex. G.adslplus) | 51 97 061 | None | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-14 | France Telecom |
| G992_5-14 | G.992.5 (ex. G.adslplus) | USRE 36430 | None | 01 January 1999 (Individual) | 2 | 2004-05-03 | 2004-04-14 | France Telecom |
| G992_5-17 | G.992.5 (ex. G.adslplus) | EP 1005755 | None | 01 January 1999 (Individual) | 2 | 2004-06-11 | 2004-06-11 | Nokia Corporation |
| G992_5-18 | G.992.5 (ex. G.adslplus) | None | None | 10 July 2004 (Individual) | 2 | 2004-12-02 | 2004-11-30 | Broadcom Corporation |
| G992_5-19 | G.992.5 (ex. G.adslplus) | None | None | 01 January 1999 (Individual) | 2 | 2005-01-04 | 2005-01-03 | Aware, Inc. |
| G992_5-20 | G.992.5 (ex. G.adslplus) | None | None | 10 July 2004 (Individual) | 2 | 2005-04-11 | 2005-04-04 | Paradyne Corporation |
| G992_5-21 | G.992.5 (ex. G.adslplus) | None | None | 10 July 2004 (Individual) | 2 | 2005-05-10 | 2005-05-09 | Ciena Corporation |
| G992_5-22 | G.992.5 (ex. G.adslplus) | None | None | 10 July 2004 (Individual) | 2 | 2006-08-08 | 2006-07-15 | Freescale Semiconductor, Inc |
| G992_5-23 | G.992.5 (ex. G.adslplus) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2008-01-11 | 2008-01-09 | Cisco Systems, Inc. |
| G992_5-24 | G.992.5 (ex. G.adslplus) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2008-12-05 | 2008-12-05 | Aware, Inc. |
| G992_5_Amd3-01 | G.992.5 (ex. G.adslplus) | None | None | 28 June 2006 (Individual, Common Text, General) | 2 | 2006-12-13 | 2006-12-11 | Adaptive Spectrum and Signal Alignment, Incorporated |
| G992_5_Amd4-01 | G.992.5 (ex. G.adslplus) | None | None | 01 January 1999 (Individual) | 2 | 2007-06-27 | 2007-06-26 | Aware, Inc. |
| G992_5_Amd5-01 | G.992.5 (ex. G.adslplus) | None | None | 01 January 1999 | 2 | 2008-02-26 | 2008-02-25 | Aware, Inc. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | (Individual) | | | | |
| G992_5_Amd5-02 | G.992.5 (ex. G.adslplus) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2008-04-09 | 2008-04-09 | Alcatel Lucent |
| G992_5_Cor_1(2010_10)-01 | G.992.5 (ex. G.adslplus) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2010-10-22 | 2010-10-22 | Aware, Inc. |