# EXHIBIT N

**ITU-R and ITU-T Recommendations Patent Statement**
**60 item(s) match following criteria:**

**Search for ITU-R and ITU-T Recommendations Patent Statement**

Patent holder/organization:

Country:

Licensing option:                                             **All**

Recommendation (or draft):                           **G.993.2**

Patent country:

Patent number:

Patent application number:

Report generated the 30.05.2014 17:14:43

| Statement Id | Recommendation | Patent number | Patent application number | Version of declaration form | License option | Received date | Statement date | Organization |
|---|---|---|---|---|---|---|---|---|
| G993_2-01 | G.993.2 (ex. G.vdsl2) | None | None | 10 July 2004 (Individual) | 2 | 2005-04-05 | 2005-04-05 | Aware, Inc. |
| G993_2-02 | G.993.2 (ex. G.vdsl2) | None | None | 10 July 2004 (Individual) | 2 | 2005-04-07 | 2005-04-06 | Adaptive Spectrum and Signal Alignment, Incorporated |
| G993_2-03 | G.993.2 (ex. G.vdsl2) | None | None | 01 January 1999 (Individual) | 2 | 2005-05-10 | 2005-05-09 | Ciena Corporation |
| G993_2-04 | G.993.2 (ex. G.vdsl2) | None | None | 10 July 2004 (Individual) | 2 | 2005-05-13 | 2005-05-11 | Infineon Technologies AG |
| G993_2-05 | G.993.2 (ex. G.vdsl2) | None | None | 10 July 2004 (Individual) | 2 | 2005-05-16 | 2005-05-12 | Broadcom Corporation |
| G993_2-06 | G.993.2 (ex. G.vdsl2) | None | None | 10 July 2004 (Individual) | 2 | 2005-08-01 | 2005-07-29 | 2Wire, Inc. |
| G993_2-07 | G.993.2 (ex. G.vdsl2) | 0841766 | None | 10 July 2004 (Individual) | 2 | 2005-10-28 | 2005-10-28 | Alcatel |
| G993_2-07 | G.993.2 (ex. G.vdsl2) | 6 754 235 | None | 10 July 2004 (Individual) | 2 | 2005-10-28 | 2005-10-28 | Alcatel |
| G993_2-07 | G.993.2 (ex. G.vdsl2) | 6 327 273 | None | 10 July 2004 (Individual) | 2 | 2005-10-28 | 2005-10-28 | Alcatel |
| G993_2-07 | G.993.2 (ex. G.vdsl2) | 6 072 810 | None | 10 July 2004 (Individual) | 2 | 2005-10-28 | 2005-10-28 | Alcatel |
| G993_2-07 | G.993.2 (ex. | 6 370 | None | 10 July | 2 | 2005-10- | 2005-10- | Alcatel |

| | G.vdsl2) | 156 | | 2004 (Individual) | | 28 | 28 | |
|---|---|---|---|---|---|---|---|---|
| G993_2-07 | G.993.2 (ex. G.vdsl2) | 6 912 233 | None | 10 July 2004 (Individual) | 2 | 2005-10-28 | 2005-10-28 | Alcatel |
| G993_2-07 | G.993.2 (ex. G.vdsl2) | 6 693 881 | None | 10 July 2004 (Individual) | 2 | 2005-10-28 | 2005-10-28 | Alcatel |
| G993_2-07 | G.993.2 (ex. G.vdsl2) | 6 151 690 | None | 10 July 2004 (Individual) | 2 | 2005-10-28 | 2005-10-28 | Alcatel |
| G993_2-07 | G.993.2 (ex. G.vdsl2) | 6 606 719 | None | 10 July 2004 (Individual) | 2 | 2005-10-28 | 2005-10-28 | Alcatel |
| G993_2-07 | G.993.2 (ex. G.vdsl2) | None | 09/840046 | 10 July 2004 (Individual) | 2 | 2005-10-28 | 2005-10-28 | Alcatel |
| G993_2-07 | G.993.2 (ex. G.vdsl2) | None | 2005-0190826 | 10 July 2004 (Individual) | 2 | 2005-10-28 | 2005-10-28 | Alcatel |
| G993_2-18 | G.993.2 (ex. G.vdsl2) | None | 2003-123560 | 10 July 2004 (Individual) | 2 | 2006-02-07 | 2006-02-06 | Texas Instruments |
| G993_2-18 | G.993.2 (ex. G.vdsl2) | None | 2005-169358 | 10 July 2004 (Individual) | 2 | 2006-02-07 | 2006-02-06 | Texas Instruments |
| G993_2-18 | G.993.2 (ex. G.vdsl2) | None | 2005-169392 | 10 July 2004 (Individual) | 2 | 2006-02-07 | 2006-02-06 | Texas Instruments |
| G993_2-18 | G.993.2 (ex. G.vdsl2) | None | 2005-175078 | 10 July 2004 (Individual) | 2 | 2006-02-07 | 2006-02-06 | Texas Instruments |
| G993_2-18 | G.993.2 (ex. G.vdsl2) | None | 2005-232308 | 10 July 2004 (Individual) | 2 | 2006-02-07 | 2006-02-06 | Texas Instruments |
| G993_2-18 | G.993.2 (ex. G.vdsl2) | None | 2005-232540 | 10 July 2004 (Individual) | 2 | 2006-02-07 | 2006-02-06 | Texas Instruments |
| G993_2-18 | G.993.2 (ex. G.vdsl2) | None | 2005-281346 | 10 July 2004 (Individual) | 2 | 2006-02-07 | 2006-02-06 | Texas Instruments |
| G993_2-18 | G.993.2 (ex. G.vdsl2) | None | 2005-286649 | 10 July 2004 (Individual) | 2 | 2006-02-07 | 2006-02-06 | Texas Instruments |
| G993_2-18 | G.993.2 (ex. G.vdsl2) | 5 400 322 | None | 10 July 2004 (Individual) | 2 | 2006-02-07 | 2006-02-06 | Texas Instruments |
| G993_2-18 | G.993.2 (ex. G.vdsl2) | 5 519 731 | None | 10 July 2004 (Individual) | 2 | 2006-02-07 | 2006-02-06 | Texas Instruments |
| G993_2-18 | G.993.2 (ex. G.vdsl2) | 5 596 604 | None | 10 July 2004 (Individual) | 2 | 2006-02-07 | 2006-02-06 | Texas Instruments |
| G993_2-18 | G.993.2 (ex. G.vdsl2) | 5 673 290 | None | 10 July 2004 (Individual) | 2 | 2006-02-07 | 2006-02-06 | Texas Instruments |
| G993_2-31 | G.993.2 (ex. G.vdsl2) | None | None | 10 July 2004 (Individual) | 2 | 2006-08-08 | 2006-07-25 | Freescale Semiconductor, Inc |
| G993_2-32 | G.993.2 (ex. G.vdsl2) | None | None | 28 June 2006 | 2 | 2006-12-04 | 2006-12-03 | Actelis Networks, Inc |

| | | | | (Individual, Common Text, General) | | | | |
|---|---|---|---|---|---|---|---|---|
| G993_2-33 | G.993.2 (ex. G.vdsl2) | EP 0653859 | None | 28 June 2006 (Individual, Common Text, General) | 2 | 2007-01-22 | 2007-01-19 | Ericsson, Telefonaktiebolaget LM |
| G993_2-33 | G.993.2 (ex. G.vdsl2) | EP 0839423 | None | 28 June 2006 (Individual, Common Text, General) | 2 | 2007-01-22 | 2007-01-19 | Ericsson, Telefonaktiebolaget LM |
| G993_2-35 | G.993.2 (ex. G.vdsl2) | None | 10/024,020 | 1 March 2007 (Individual, Common Text, General) | 2 | 2007-07-04 | 2007-07-03 | Nortel Networks Limited |
| G993_2-36 | G.993.2 (ex. G.vdsl2) | None | 10/024,020 | 1 March 2007 (Individual, Common Text, General) | 2 | 2007-07-09 | | Nortel Networks Limited |
| G993_2-36 | G.993.2 (ex. G.vdsl2) | None | 10/024,020 | 1 March 2007 (Individual, Common Text, General) | 2 | 2007-07-09 | | Nortel Networks Limited |
| G993_2-37 | G.993.2 (ex. G.vdsl2) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2009-07-02 | 2009-07-02 | Huawei Technologies Co., Ltd. |
| G993_2-38 | G.993.2 (ex. G.vdsl2) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2009-10-06 | 2009-10-05 | Infineon Technologies AG |
| G993_2-39 | G.993.2 (ex. G.vdsl2) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2009-10-08 | 2009-10-07 | Aware, Inc. |
| G993_2-40 | G.993.2 (ex. G.vdsl2) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2009-10-12 | 2009-10-06 | Ikanos Communications, Inc. |
| G993_2-41 | G.993.2 (ex. G.vdsl2) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2009-11-18 | 2009-11-18 | Huawei Technologies Co., Ltd. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| G993_2-42 | G.993.2 (ex. G.vdsl2) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2011-02-24 | 2011-02-24 | Aware, Inc. |
| G993_2-43 | G.993.2 (ex. G.vdsl2) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2011-02-24 | 2011-02-24 | Aware, Inc. |
| G993_2-44 | G.993.2 (ex. G.vdsl2) | None | 06292040 | 1 March 2007 (Individual, Common Text, General) | 2 | 2011-10-11 | 2011-10-10 | Alcatel Lucent |
| G993_2-45 | G.993.2 (ex. G.vdsl2) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2011-10-11 | 2011-10-11 | Aware, Inc. |
| G993_2-46 | G.993.2 (ex. G.vdsl2) | None | None | 23 April 2012 | 2 | 2014-05-19 | 2014-05-13 | TQ DELTA, LLC |
| G993_2_Amd1-01 | G.993.2 (ex. G.vdsl2) | None | None | 10 July 2004 (Individual) | 2 | 2006-01-12 | 2006-01-09 | Conexant Systems |
| G993_2_Amd1-02 | G.993.2 (ex. G.vdsl2) | None | None | 01 January 1999 (Individual) | 2 | 2006-11-10 | 2006-11-09 | Aware, Inc. |
| G993_2_Amd1-03 | G.993.2 (ex. G.vdsl2) | None | None | 28 June 2006 (Individual, Common Text, General) | 2 | 2006-12-13 | 2006-12-11 | Adaptive Spectrum and Signal Alignment, Incorporated |
| G993_2_Amd1-04 | G.993.2 (ex. G.vdsl2) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2012-01-19 | 2012-01-18 | Aware, Inc. |
| G993_2_Amd2-01 | G.993.2 (ex. G.vdsl2) | None | None | 01 January 1999 (Individual) | 2 | 2007-06-27 | 2007-06-26 | Aware, Inc. |
| G993_2_Amd3-01 | G.993.2 (ex. G.vdsl2) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2008-01-15 | 2008-01-14 | Cisco Systems, Inc. |
| G993_2_Amd3-02 | G.993.2 (ex. G.vdsl2) | None | None | 01 January 1999 (Individual) | 2 | 2008-02-26 | 2008-02-25 | Aware, Inc. |
| G993_2_Amd3-03 | G.993.2 (ex. G.vdsl2) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2008-02-29 | 2008-02-28 | Adaptive Spectrum and Signal Alignment, Incorporated |
| G993_2_Amd3-04 | G.993.2 (ex. | None | None | 23 April | 2 | 2013-02- | 2013-01- | TQ DELTA, LLC |

| | G.vdsl2) | | | 2012 | | 01 | 31 | |
|---|---|---|---|---|---|---|---|---|
| G993_2_Amd6(2010_10)-01 | G.993.2 (ex. G.vdsl2) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2010-10-22 | 2010-10-22 | Aware, Inc. |
| G993_2_Amd7-01 | G.993.2 (ex. G.vdsl2) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2011-07-13 | 2011-07-12 | Huawei Technologies Co., Ltd. |
| G993_2_Amend_4-01 | G.993.2 (ex. G.vdsl2) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2008-12-17 | 2008-12-16 | Adaptive Spectrum and Signal Alignment, Incorporated |
| G993_2_Cor_3-01 | G.993.2 (ex. G.vdsl2) | None | None | 1 March 2007 (Individual, Common Text, General) | 2 | 2009-05-19 | 2009-05-15 | Aware, Inc. |
| G993_2_Corrig1-01 | G.993.2 (ex. G.vdsl2) | None | None | 01 January 1999 (Individual) | 2 | 2006-11-10 | 2006-11-09 | Aware, Inc. |