# EXHIBIT O

**ITU-R and ITU-T Recommendations Patent Statement**
**6 item(s) match following criteria:**

**Search for ITU-R and ITU-T Recommendations Patent Statement**

Patent holder/organization:

Country:

Licensing option: **All**

Recommendation (or draft): **G.998.1**

Patent country:

Patent number:

Patent application number:

Report generated the 30.05.2014 17:15:16

| Statement Id | Recommendation | Patent number | Patent application number | Version of declaration form | License option | Received date | Statement date | Organization |
|---|---|---|---|---|---|---|---|---|
| G998_1-01 | G.998.1 (ex. G.bond1) | None | None | 01 January 1999 (Individual) | 2 | 2004-11-30 | 2004-11-29 | Aware, Inc. |
| G998_1-02 | G.998.1 (ex. G.bond1) | None | None | 01 January 1999 (Individual) | 2 | 2004-12-14 | | Ciena Corporation |
| G998_1-03 | G.998.1 (ex. G.bond1) | None | None | 10 July 2004 (Individual) | 2 | 2005-04-11 | 2005-04-04 | Paradyne Corporation |
| G998_1-04 | G.998.1 (ex. G.bond1) | None | None | 10 July 2004 (Individual) | 2 | 2004-12-02 | 2004-11-30 | Broadcom Corporation |
| G998_1-05 | G.998.1 (ex. G.bond1) | None | None | 23 April 2012 | 2 | 2014-01-20 | 2014-01-02 | Broadcom Corporation |
| G998_1_Amd1-01 | G.998.1 (ex. G.bond1) | None | None | 23 April 2012 | 2 | 2013-07-23 | 2013-07-17 | TQ DELTA, LLC |