# EXHIBIT P

**ITU-R and ITU-T Recommendations Patent Statement**
3 item(s) match following criteria:

**Search for ITU-R and ITU-T Recommendations Patent Statement**

Patent holder/organization:

Country:

Licensing option:                              **All**

Recommendation (or draft):              **G.998.2**

Patent country:

Patent number:

Patent application number:

Report generated the 30.05.2014 17:15:31

| Statement Id | Recommendation | Patent number | Patent application number | Version of declaration form | License option | Received date | Statement date | Organization |
|---|---|---|---|---|---|---|---|---|
| G998_2-01 | G.998.2 (ex. G.bond2) | None | None | 01 January 1999 (Individual) | 2 | 2004-11-30 | 2004-11-29 | Aware, Inc. |
| G998_2-02 | G.998.2 (ex. G.bond2) | None | None | 23 April 2012 | 2 | 2014-01-20 | 2013-12-02 | Broadcom Corporation |
| G998_2-03 | G.998.2 (ex. G.bond2) | None | None | 23 April 2012 | 2 | 2014-05-19 | 2014-05-13 | TQ DELTA, LLC |