IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br>　　　　Plaintiff,<br>　　v.<br>2WIRE, INC.<br>　　　　Defendant. | Civil Action No. 13-cv-1835-RGA |
| TQ DELTA, LLC,<br>　　　　Plaintiff,<br>　　v.<br>ZYXEL COMMUNICATIONS, INC.<br>and<br>ZYXEL COMMUNICATIONS CORPORATION,<br>　　　　Defendants. | Civil Action No. 13-cv-2013-RGA |
| TQ DELTA, LLC,<br>　　　　Plaintiff,<br>　　v.<br>ADTRAN, INC.<br>　　　　Defendant. | Civil Action No. 14-cv-954-RGA |
| ADTRAN, INC,<br>　　　　Plaintiff,<br>　　v.<br>TQ DELTA, LLC.<br>　　　　Defendant. | Civil Action No. 15-cv-121-RGA |

**FAMILY 3 PATENTS AMENDED JOINT CLAIM CONSTRUCTION CHART**

On May 31, 2017, pursuant to ¶ 9 of the Court's Third and Final Scheduling Order[1], Plaintiff TQ Delta, LLC and Defendants in the above-captioned cases submitted their Joint Claim Construction Chart ("Chart")[2] for the Family 3 Patents (U.S. Patent Nos. 7,831,890 ("the '890 patent"), 7,836,381 ("the '381 patent"), 7,844,882 ("the '882 patent"), 8,276,048 ("the '048 patent"), 8,495,473 ("the '873 patent") and 8,607,126 ("the '126 patent")). On November 13,

---

[1] *See, e.g., TQ Delta LLC v. 2Wire, Inc.*, 13-cv-01835-RGA, D.I. 280, April 10, 2017.

[2] *See, e.g., Id.*, D.I. 312, May 31, 2017.

2017, the Court held a *Markman* hearing for the terms identified in said Chart, and whereupon after hearing the parties' arguments, instructed the parties to meet and confer to attempt to resolve their disputes with respective to certain terms identified in said Chart. Following a meet and confer, the parties reached agreement as to the construction of said terms. The Amended Joint Claim Construction Chart ("Amended Chart"), attached herewith as Exhibit A, reflects the parties' agreed to constructions for said terms, as well as the parties' respective proposed constructions of the disputed language of the asserted claims of the Family 3 Patents and citations to the parties' intrinsic evidence in support of their respective proposed constructions.

In addition to the Amended Joint Claim Construction Chart, copies of the Family 3 Patents and additional portions of the intrinsic record are attached as Exhibits B–H:

| Exhibit | Description |
|---|---|
| B | '890 patent |
| C | '381 patent |
| D | '048 patent |
| E | '473 patent |
| F | '873 patent |
| G | '126 patent |
| H | Excerpts of the '890 patent file history |

Dated: December 4, 2017

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, Delaware  19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiff TQ Delta, LLC*

Respectfully submitted,

MORGAN LEWIS & BOCKIUS LLP

/s/ Jody Barillare
Colm F. Connolly (#3151)
Jody Barillare (#5106)
The Nemours Building
1007 N. Orange Street, Suite 501
Wilmington, DE 19801
(302) 574-7290
(302) 574-3001
colm.connolly@morganlewis.com
jody.barillare@morganlewis.com

*Attorneys for Defendant 2WIRE LLC*

MORRIS JAMES LLP

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (Bar No. 3726)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendants Zyxel Communications Inc. et. al., and Adtran Inc.*