# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC, | ) |
| Plaintiff, | ) C.A. No. 13-cv-1835-RGA |
| v. | ) |
| 2WIRE, INC., | ) |
| Defendant. | ) |

**DECLARATION OF DR. KRISTA S. JACOBSEN IN SUPPORT OF DEFENDANT 2WIRE, INC.'S RESPONSE TO THE COURT'S FEBRUARY 27, 2019 ORAL ORDER (D.I. 811)**

## I.  INTRODUCTION

1. My name is Dr. Krista S. Jacobsen. I have been asked by Defendant 2Wire, Inc. to provide this Declaration in connection with Defendant 2Wire Inc.'s Response To the Court's February 27, 2019 Oral Order (D.I.811).

2. I have previously submitted several declarations in this case relating to the '784 patent that set forth my background and qualifications, my compensation, the documents and other materials upon which I relied, my understanding of the relevant legal principles, my opinion regarding the level of ordinary skill in the art, a background of the technology, and summaries of the '784 patent and the Court's claim construction.

3. This declaration focuses solely on the Court's inquiry regarding how and when the "array representing Signal to Noise ratio per subchannel during Showtime information" recited in claim 1 of the '784 patent is gathered and/or transmitted, and the positions taken by TQ Delta on that issue in its response to the Court's inquiry.

## II.  DMT TECHNOLOGY

4. Claim 1 of the '784 patent recites that bits are modulated onto "DMT symbols." As I explained in my previous declarations, *discrete multi-tone* (DMT) modulation is a type of *multicarrier modulation* in which a transmitter simultaneously modulates bits onto two or more *subcarriers* (also referred to in the art as *tones*) to transmit data to a receiver over a channel.

5. The number of bits that can be modulated onto each DMT subcarrier is dependent on the *signal-to-noise ratio* (SNR) of that subcarrier. Subcarriers having higher SNRs can, and typically do, carry more bits than subcarriers having lower SNRs.[1] Subcarriers with lower SNRs cannot convey as many bits as subcarriers with higher SNRs.

---

[1] As I explained in my original Invalidity Declaration (D.I. 624, ¶ 16 & n.2), although the Court's construction of "subchannel" correctly distinguishes between a "subchannel" and a

6. The "signal" part of a subcarrier's SNR is the power level of the subcarrier when it arrives at the receiver. The power level of the subcarrier when it arrives at the receiver depends on (a) the power level at which the transmitter on the other end of the channel transmitted the subcarrier and (b) the attenuation the channel causes at the subcarrier's frequency.

7. The "noise" part of a subcarrier's SNR is the power of whatever (undesirable) noise the receiver detects along with the desired subcarrier. Higher noise power levels result in lower subcarrier SNRs.

8. Because the number of bits each subcarrier can support is dependent on its SNR, and because SNR is a receiver quantity, DMT systems undergo an initialization procedure that, among other things, allows the receiver to estimate the SNR of each subcarrier on which it can potentially receive data. Initialization is also sometimes referred to colloquially as "training." The initialization procedure is followed by what is known in the DSL art as "Showtime," which the Court construed as "the state of the transceiver reached after all initialization and training is completed, in which user data is transmitted or received."

9. The singular purpose of the initialization procedure is to enable the DMT transceivers to transition to Showtime.

---

"carrier signal" (also referred to in the context of multicarrier communications as a subcarrier), in its infringement contentions, and again most recently in its Supplemental Brief in Support of TQ Delta's Motion for Summary Judgment of No Invalidity of Family 1 Patent Claims (D.I. 824, at 3-4 & n.3), TQ Delta equated the terms "subchannel" and "subcarrier." For purposes of assessing invalidity, I adopted TQ Delta's interpretation of "subchannels" being the same as "subcarriers." As I explained at my deposition when asked about my use of the terms "subchannel" and "subcarrier" in my reports, I followed TQ Delta's approach for purposes of my invalidity reports because I assessed invalidity in the light of TQ Delta's infringement read. *See* D.I. 662, Ex. G (Jacobsen Depo. Tr. at 134:25-135:11). But because I agree with the Court's claim constructions, I distinguished between subchannels and subcarriers for purposes of my non-infringement report.

10. To determine the "signal" and "noise" parts of SNR, during initialization the receiver observes a received signal, the content of which it knows, over a relatively long period of time and essentially performs averaging because of the randomness of the noise. In the versions of ADSL in existence on the '784 patent's priority date, the signal provided to enable the receiver to estimate the subcarrier SNRs was more than 4 seconds long. Thus, the process of estimating subcarrier SNRs is slow and takes place over a long period of time.

11. Once the receiver has determined the subcarrier SNRs during initialization, the number of bits that each subcarrier will support during Showtime can be determined. The determined number of bits each subcarrier will support during Showtime is often referred to as the *bit loading*. The transmitter uses the bit loading to modulate user data bits onto the subcarriers, and the receiver uses the bit loading to recover the user data bits from the received subcarriers. Thus, both the transmitter and the receiver must know the bit loading before they can transition to Showtime.

12. In ADSL, during the initialization procedure, the receiver determines the bit loading using the subcarrier SNRs it estimated. That bit loading is then communicated to the other transceiver near the end of the initialization procedure to ensure that the transmitter and receiver use the same bit loading during Showtime.

13. When Showtime begins, and potentially for a substantial period thereafter, the transmitter and receiver use the bit loading determined and communicated during initialization. This is because it is presumed that the subcarrier SNRs have not changed since they were estimated over a period of more than 4 seconds during the initialization procedure that just took place.

14. As Showtime progresses, the subcarrier SNRs can change, typically slowly, and typically due to changes in the noise detected by the receiver, but potentially also due to changes in the channel. If the SNR of a subcarrier degrades over time to the point that the number of bits modulated onto it cannot be reliably decoded by the receiver, the receiver will make detection errors, which, if severe enough, can cause the connection to fail.

15. Because SNR estimation from scratch takes a long time and requires a signal that is known *a priori* to the receiver, in Showtime the receivers do not ever "redo" the subcarrier SNR estimation procedure they conducted during initialization. Instead, they monitor over time whether and how the subcarrier SNRs estimated during initialization change.

16. Because of the random nature of the noise, during Showtime the receiver can detect only trends in subcarrier SNRs, not instantaneous changes. Therefore, the receiver is relatively slow to detect changes in subcarrier SNRs.

17. To decrease the likelihood of connection failures during Showtime, DMT transmitters and receivers use a procedure called *bit swapping* to modify the bit loading that was determined during initialization and that is used at least for some time period of time after Showtime begins. Bit swapping allows the receiver to instruct the transmitter on the other side of the subscriber line to make modest changes to the bit loading to compensate for changes it detects over time in the subcarrier SNRs. For example, if the receiver detects that the SNR of a subcarrier has decreased substantially and consistently over time, the receiver can instruct the transmitter to load fewer bits onto that subcarrier and to load more bits onto another subcarrier or set of subcarriers that have sufficient SNR to accommodate additional bits.

18. It is my opinion that the subcarrier SNRs determined during the initialization procedure are "representative of the signal to noise ratio of respective subchannels during the

state of the transceiver reached after all initialization and training is completed, in which user data is transmitted or received" for at least the following reasons. First, as I explained above, the ADSL standards in existence on the '784 patent's priority date rely on the subcarrier SNRs determined during initialization being "representative of the signal to noise ratio of respective subchannels during the state of the transceiver reached after all initialization and training is completed, in which user data is transmitted or received" because the bit loading determined during initialization, using the SNRs that were estimated during initialization, is used when Showtime begins. If those subcarrier SNRs were not "representative of the signal to noise ratio of respective subchannels during the state of the transceiver reached after all initialization and training is completed, in which user data is transmitted or received," the experts who defined the ADSL standards would not have specified their use in determining the Showtime bit loading.

19. Second, if the channel and noise at some or all subcarrier frequencies are stable during Showtime, the SNRs of those subcarriers determined during the initialization procedure do not change during Showtime. Thus, those subcarrier SNRs, which were estimated during the initialization procedure and are not updated by the receiver, are also "representative of the signal to noise ratio of respective subchannels during the state of the transceiver reached after all initialization and training is completed, in which user data is transmitted or received."

I declare under penalty of perjury of the law of the United States that all statements made herein of my own knowledge are true, and that any statements made on information and belief are believed to be true.

Executed in Alexandria, VA.

Date: March 7, 2019

Krista S. Jacobsen