IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>2WIRE, INC.<br><br>          Defendant. | Civil Action No. 13-cv-1835-RGA<br><br>**PUBLIC VERSION** |

**DECLARATION OF DR. KRISTA S. JACOBSEN IN SUPPORT OF DEFENDANT 2WIRE, INC.'S OPPOSITION TO TQ DELTA'S FAMILY 2 MOTIONS (1) FOR SUMMARY JUDGMENT OF INFRINGEMENT OF CLAIMS 17 AND 18 OF U.S. PATENT NO. 7,453,881; (2) FOR SUMMARY JUDGMENT OF NO INVALIDITY OF FAMILY 2 PATENT CLAIMS UNDER 35 U.S.C. §§ 101 & 112; (3) FOR SUMMARY JUDGMENT OF NO INVALIDITY OF FAMILY 2 PATENT CLAIMS UNDER 35 U.S.C. §§ 102 & 103; (4) TO EXCLUDE CERTAIN OPINIONS OF RICHARD EICHMANN FOR FAMILY 2; AND (5) TO EXCLUDE CERTAIN OPINIONS OF KRISTA S. JACOBSEN FOR FAMILY 2**

# DECLARATION REDACTED IN ITS ENTIRETY

# APPENDIX A AND B REDACTED IN THEIR ENTIRETY