IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TQ DELTA, LLC,

        Plaintiff,

   v.

2WIRE, INC.,

        Defendant.

Civil Action No. 13-1835-RGA

## ORDER

Currently pending before the Court are Defendant's Motion for Leave to Serve Supplemental Expert Reports of Dr. Walker (D.I. 741) and Plaintiff's Cross-Motion to Strike Untimely Supplemental Reports of Dr. Walker and Dr. Walker's Untimely Expert Declaration. (D.I. 847). I have reviewed the parties' briefing. (D.I. 742, 848, 917, 994).

To aid the parties in trial preparation, I have decided to issue this order in advance of my opinion explaining the rationale. I will provide a memorandum opinion explaining this ruling at a later date.

IT IS HEREBY ORDERED that Defendant's Motion for Leave to Serve (D.I. 741) is GRANTED and Plaintiff's Cross-Motion (D.I. 847) is DENIED. Defendant shall make Dr. Walker promptly available for a one-day deposition[1] on the newly disclosed opinions. Plaintiff may also serve supplemental reply reports from Dr. Almeroth responding to Dr. Walker.

---

[1] Based upon Defendant's representation that Plaintiff initially requested two days to depose Dr. Walker and only used one of them. (D.I. 917 at 9). Plaintiff did not dispute this representation

1

IT IS SO ORDERED this \_\_\_ of April, 2019.

_____
United States District Judge