IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TQ DELTA, LLC,

                Plaintiff;

    v.

2WIRE, INC.,

                Defendant.

Civil Action No. 13-1835-RGA

## ORDER

For the reasons stated in the accompanying opinion, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Summary Judgment of Infringement (D.I. 746) is DENIED.

2. Defendant's Motion for Summary Judgment of Non-Infringement (D.I. 715) is DENIED.

3. Plaintiff's Motion for Leave to File a Sur-Reply (D.I. 1026) is DISMISSED as moot.

4. Plaintiff's Motion for Summary Judgment of No Invalidity under § 101 and § 112 (D.I. 739) is GRANTED as to patent eligibility, indefiniteness, and enablement and DENIED as to written description.

5. Defendant's Cross-Motion for Summary Judgment of Invalidity under § 101 (D.I. 856) is DENIED.

6. Plaintiff's Motion for Summary Judgment of No Invalidity under § 102 and § 103 (D.I. 735) is DENIED.

7. Plaintiff's Motion to Preclude Opinions of Dr. Jacobsen (D.I. 718) is DENIED as to her testing opinions and the remainder is DISMISSED as premature.

8. Defendant's motion to Preclude the Expert Testimony of Dr. Cooklev (D.I. 720) is DENIED.

9. Plaintiff's Motion to Preclude Expert Opinions of Dr. Walker (D.I. 730) is DENIED.

Entered this 10 day of April, 2019.

*Richard G. Andrews*
United States District Judge