IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>2WIRE, INC.,<br><br>    Defendant. | Civil Action No. 1:13-cv-01835-RGA |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion for Judgment as a Matter of Law, or in the Alternative, for a New Trial for Family 3 (D.I. 1214) is **DENIED**.

Entered this 23 day of August 2019.

                                                                                   /s/ Richard G. Andrews
                                                                                   United States District Judge