IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TQ DELTA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.   13-cv-1835-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| 2WIRE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**VERDICT FORM**

We, the jury, unanimously answer the questions submitted as follows:

## PART I: INFRINGEMENT

1. Has TQ Delta proven by a preponderance of the evidence that 2Wire infringed Claim 17 of the '881 Patent, by making, selling, and/or offering to sell its product model nos. 5168N, 5168NV, and 5268AC?

    Answer this question by checking either "Yes" or "No."

    Checking "Yes" below indicates a finding for TQ Delta.
    Checking "No" below indicates a finding for 2Wire.

    Yes _____                              No _____

2. Has TQ Delta proven by a preponderance of the evidence that 2Wire infringed Claim 18 of the '881 Patent, by making, selling, and/or offering to sell its product model nos. 5168N, 5168NV, and 5268AC?

    Answer this question by checking either "Yes" or "No."

    Checking "Yes" below indicates a finding for TQ Delta.
    Checking "No" below indicates a finding for 2Wire.

    Yes _____                              No _____

## PART II: INVALIDITY

3. Has 2Wire proven by clear and convincing evidence that Claim 17 of the '881 patent is invalid as being anticipated by U.S. Patent No. 6,222,858 ("Counterman")?

    Answer this question by checking either "Yes" or "No."

    Checking "Yes" below indicates a finding for 2Wire.
    Checking "No" below indicates a finding for TQ Delta.

    Yes _____                              No _____

4. Has 2Wire proven by clear and convincing evidence that Claim 18 of the '881 patent is invalid as being anticipated by U.S. Patent No. 6,222,858 ("Counterman")?

    Answer this question by checking either "Yes" or "No."

    Checking "Yes" below indicates a finding for 2Wire.
    Checking "No" below indicates a finding for TQ Delta.

    Yes \_\_\_\_          No \_\_\_\_

## SIGNATURE BLOCK

We, the jury, unanimously return this Verdict Form as our verdict in the case:

Date: _____

                                                              Jury Foreperson