IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) C.A. No. 13-cv-1835-RGA |
| 2WIRE, INC., | ) ) |
| Defendant. | ) ) |

## [PROPOSED] SCHEDULE FOR FAMILY 4 AND 6 PATENTS

The schedule for the Family 4 and 6 patents will be as follows:

| Event | Family 4 | Family 6 |
|---|---|---|
| Opening Expert Reports | Fri 4/3/2020 | Fri 7/10/2020 |
| Rebuttal Expert Reports | Fri 5/1/2020 | Fri 8/7/2020 |
| Reply Expert Reports | Fri 5/22/2020 | Wed 8/26/2020 |
| Completion of Expert Depositions | Fri 6/12/2020 | Wed 9/16/2020 |
| Case Dispositive and *Daubert* Motions | Fri 7/10/2020 | Fri 10/16/2020 |
| Joint Submission of Proposed Final, Pretrial Order, any motions in limine, voir dire, jury instructions, and special verdict forms | Fri 9/18/2020 | Fri 1/8/2021 |
| Pretrial Conference | Fri 9/25/2020 @ 9:00 am | Fri 1/15/2021 @ 9:00am |
| Trial Start Date | Mon 10/5/2020 @ 9:30 am | Mon 1/25/2021 @ 9:30 am |

IT IS SO ORDERED, this __27__ day of January, 2020.

The Honorable Richard G. Andrews