# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,              )<br>                             )<br>         Plaintiff,          )<br>                             )<br>     v.                      )<br>                             )<br> 2WIRE, INC.,                )<br>                             )<br>         Defendant.          )<br>_____) | C.A. No. 13-cv-1835-RGA |

## STIPULATION REGARDING SCHEDULE FOR FAMILY 4 PATENTS

In light of the current national emergency relating to COVID-19, counsel and experts for the parties, who are located across multiple states, are subject to various work, travel, and other restrictions affecting their ability to meet upcoming deadlines for the Family 4 proceedings. Accordingly, the parties hereby agree, subject to the approval of the Court, to the following revised schedule for the Family 4 patents:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Opening Expert Reports | Fri 4/3/2020 | Fri 5/1/2020 |
| Rebuttal Expert Reports | Fri 5/1/2020 | Fri 5/29/2020 |
| Reply Expert Reports | Fri 5/22/2020 | Fri 6/19/2020 |
| Completion of Expert Depositions | Fri 6/12/2020 | Fri 7/10/2020 |
| Case Dispositive and *Daubert* Motions | Fri 7/10/2020 | Fri 7/31/2020 |
| Joint Submission of Proposed Final, Pretrial Order, any motions in limine, voir dire, jury instructions, and special verdict forms | Fri 9/18/2020 | Fri 10/2/2020 |
| Pretrial Conference | Fri 9/25/2020 @ 9:00 am | Fri 10/9/2020 @ 9:00 am |
| Trial Start Date | Mon 10/5/2020 @ 9:00 am | Mon 10/19/2020 @ 9:00 am |

In entering into this stipulation, the parties expressly reserve all rights to seek any further modifications to the schedule, if necessary, upon a showing a good cause.

Dated: March 23, 2020

| FARNAN LLP | MORGAN LEWIS & BOCKIUS LLP |
|---|---|
| */s/ Michael J. Farnan* | */s/ Jody C. Barillare* |
| Brian E. Farnan (#4089) | Jody C. Barillare (# 5107) |
| Michael J. Farnan (#5165) | The Nemours Building |
| 919 North Market Street, 12th Floor | 1007 North Orange Street, Suite 501 |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| (302) 777-0300 | Telephone: 302.574.3000 |
| bfarnan@farnanlaw.com | Facsimile: 302.574.3001 |
| mfarnan@farnanlaw.com | jbarillare@morganlewis.com |
| *Attorneys for Plaintiff TQ Delta, LLC* | *Attorneys for Defendant 2Wire, Inc.* |

**IT IS SO ORDERED**, this _____ day of March, 2020.

_____
The Honorable Richard G. Andrews