**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TQ DELTA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 13-cv-1835-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| 2WIRE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION REGARDING SCHEDULE FOR FAMILY 4 PATENTS**

In light of the current national emergency relating to COVID-19, counsel and experts for the parties, who are located across multiple states, are subject to various work, travel, and other restrictions affecting their ability to meet upcoming deadlines for the Family 4 proceedings. Accordingly, the parties hereby agree, subject to the approval of the Court, to the following revised schedule for the Family 4 patents:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Supplementation of Opening Expert Reports Relating to PAR Simulations for the Accused Products | | Fri 5/29/2020 |
| Supplementation of Opening Expert Reports Relating to Source Code Issues | | Fri 7/31/2020 |
| Rebuttal Expert Reports | Fri 5/29/2020 | Fri 8/28/2020 |
| Reply Expert Reports | Fri 6/19/2020 | Fri 9/25/2020 |
| Completion of Expert Depositions | Fri 7/10/2020 | Fri 10/16/2020 |
| Case Dispositive and *Daubert* Motions | Fri 7/31/2020 | Fri 11/6/2020<br><br>Response briefs – Fri 11/20/2020<br><br>Reply briefs – Fri 12/4/2020 |

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Joint Submission of Proposed Final, Pretrial Order, any motions in limine, voir dire, jury instructions, and special verdict forms | Fri 10/2/2020 | Fri 2/5/2021 |
| Pretrial Conference | Fri 10/9/2020 @ 9:00 am | Fri 2/12/2021 @ 9:00 am |
| Trial Start Date | Mon 10/19/2020 @ 9:30 am | Mon 2/22/2021 @ 9:30 am |

In entering into this stipulation, the parties expressly reserve all rights to seek any further modifications to the schedule, if necessary, upon a showing a good cause.

Dated:  May 21, 2020

FARNAN LLP                                          MORGAN LEWIS & BOCKIUS LLP

*/s/ Michael J. Farnan*                              */s/ Jody C. Barillare*
Brian E. Farnan  (#4089)                        Jody C. Barillare (# 5107)
Michael J. Farnan (#5165)                       The Nemours Building
919 North Market Street, 12th Floor        1007 North Orange Street, Suite 501
Wilmington, DE  19801                          Wilmington, Delaware 19801
(302) 777-0300                                       Telephone:  302.574.3000
bfarnan@farnanlaw.com                         Facsimile:  302.574.3001
mfarnan@farnanlaw.com                        jbarillare@morganlewis.com

*Attorneys for Plaintiff TQ Delta, LLC*       *Attorneys for Defendant 2Wire, Inc.*


**IT IS SO ORDERED**, this _____ day of May, 2020.

_____
    The Honorable Richard G. Andrews