IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TQ DELTA, LLC,<br><br>              Plaintiff,<br><br>  v.<br><br>2WIRE, INC.,<br><br>              Defendant. | C.A. No. 13-cv-1835-RGA |

[~~PROPOSED~~ ORDER]

This __19__ day of __April__, 2021, having considered Plaintiff TQ Delta, LLC's request for supplemental disclosure of sales information for the accused products and limited contention discovery (D.I. 1562) and the parties' arguments in support of and in opposition (D.I. 1563) thereto;

IT IS HEREBY ORDERED that TQ Delta's request is DENIED in its entirety.

_/s/ Richard G. Andrews_
The Honorable Richard G. Andrews