IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TQ DELTA, LLC,                          :
                                        :
              Plaintiff,                :
                                        :
       v.                               :        Civil Action No. 13-1835-RGA
                                        :
2WIRE, INC.,                            :
                                        :
              Defendant.                :

## O R D E R

      IT IS HEREBY ORDERED that, the Clerk of the Court for the District of

Delaware is hereby directed to furnish lunch for 8 jurors in the above entitled case for

July 18, 2022.

July 19, 2022                              /s/ Richard G. Andrews
DATE                                       UNITED STATES DISTRICT JUDGE