**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TQ DELTA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 13-cv-1835-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| 2WIRE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT 2WIRE, INC.'S MOTION TO STAY PENDING
*INTER PARTES* REVIEW OF THE '835 PATENT**

Defendant 2Wire, Inc. ("2Wire") hereby moves to the Family 6 case pending resolution of *inter partes* review proceedings that have been instituted against the only Family 6 patent, U.S. Patent No. 8,462,835.

The grounds for 2Wire's motion are set forth in the accompanying Opening Brief as well as the exhibit attached to Declaration of Andrew S. Ong, filed concurrently with this motion.

Pursuant to Local Rule 7.1.1, 2Wire certifies that it has made a reasonable effort to resolve the issue presented in this Motion. Counsel for the parties, including Delaware counsel, met and conferred to discuss this Motion and the parties could not reach resolution.

//

//

//

| | |
|---|---|
| Dated: August 30, 2022 | Respectfully submitted, |
| | |
| | /s/ *Jody C. Barillare* |
| OF COUNSEL: | Jody C. Barillare (#5107) |
| Brett Schuman (*pro hac vice*) | MORGAN LEWIS & BOCKIUS LLP |
| GOODWIN PROCTER LLP | 1201 N. Market Street, Suite 2201 |
| Three Embarcadero Center, 28th Floor | Wilmington, Delaware 19801 |
| San Francisco, California 94111 | Telephone: 302.574.3000 |
| Telephone: 415.733.6000 | jody.barillare@morganlewis.com |
| bschuman@goodwinlaw.com | |
| | *Attorneys for Defendant 2Wire, Inc.* |
| Andrew S. Ong (*pro hac vice*) | |
| GOODWIN PROCTER LLP | |
| 601 Marshall Street | |
| Redwood City, California 94063 | |
| Telephone: 650.752.3100 | |
| aong@goodwinlaw.com | |
| | |
| Kathleen A. McGuinness (*pro hac vice*) | |
| GOODWIN PROCTER LLP | |
| 100 Northern Avenue | |
| Boston, Massachusetts 02210 | |
| Telephone: 617.570.1000 | |
| kmcguinness@goodwinlaw.com | |
| | |
| Amanda E. Stephenson (*pro hac vice*) | |
| GOODWIN PROCTER LLP | |
| 1900 N Street, N.W. | |
| Washington, DC 20036 | |
| Telephone: 202.346.4000 | |
| astephenson@goodwinlaw.com | |